IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| CORR WIRELESS COMMUNICATIONS, L.L.C., CELLULAR SOUTH, INC., and CELLULAR SOUTH LICENSES, LLC | PLAINTIFFS |
| v. | CASE NO. 3:12cv036-DAS |
| AT&T, INC., AT&T MOBILITY LLC, MOTOROLA SOLUTIONS, INC., QUALCOMM INCORPORATED, and JOHN DOES 1-10 | DEFENDANTS |

## NOTICE OF ATTORNEY APPEARANCE

Walter T. Johnson, with the law firm of Watkins & Eager PLLC, hereby enters his appearance as counsel for Plaintiffs in the above-styled and numbered civil action.

    Respectfully submitted,

    CORR WIRELESS COMMUNICATIONS, L.L.C., CELLULAR SOUTH, INC., and CELLULAR SOUTH LICENSES, LLC


    *s/ Walter T. Johnson*
    Walter T. Johnson


**OF COUNSEL:**

Walter T. Johnson (MSB #8712)
WATKINS & EAGER PLLC
400 East Capitol Street, Suite 300 (39201)
P. O. Box 650
Jackson, MS 39205
Phone: (601) 965-1900
Fax: (601) 965-1901
Email: wjohnson@watkinseager.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 11, 2012, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following to all counsel of record.

                                         *s/ Walter T. Johnson*
                                         Walter T. Johnson