AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Mississippi

| | |
|---|---|
| Corr Wireless Communications, L.L.C., et al. ) <br> *Plaintiff* ) <br> v. ) <br> AT&T, Inc., et al. ) <br> *Defendant* ) | Civil Action No. 3:12-cv-00036-SA-SAA |

Alias **SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* AT&T, Inc.
c/o D. Wayne Watts, Esq.
208 South Akard Street
Suite 3702
Dallas, Texas 75202-4206

A lawsuit has been filed against you.

Within 2½ days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Alan W. Perry, Forman Perry Watkins Krutz & Tardy LLP, City Centre Building, Suite 100, Jackson, Mississippi 39201; P.O. Box 22608, Jackson, Mississippi 39225-2608

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews,
CLERK OF COURT

Date: 4/11/12

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Mississippi

| | | |
|---|---|---|
| Corr Wireless Communications, L.L.C., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:12-cv-00036-SA-SAA |
| AT&T, Inc., et al. | ) | |
| *Defendant* | ) | |

Alias **SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* AT&T, Inc.
c/o its Registered Agent, The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Alan W. Perry, Forman Perry Watkins Krutz & Tardy LLP, City Centre Building, Suite 100, Jackson, Mississippi 39201; P.O. Box 22608, Jackson, Mississippi 39225-2608

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews,
CLERK OF COURT

Date: 4/11/12

*Signature of Clerk or Deputy Clerk*