**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**CORR WIRELESS COMMUNICATIONS, L.L.C.,
CELLULAR SOUTH, INC., and CELLULAR
SOUTH LICENSES, LLC**                                                    **PLAINTIFFS**

**VS.**                             **CIVIL ACTION NO. 3:12-cv-00036-SA-SAA**

**AT&T, INC., AT&T MOBILITY LLC,
MOTOROLA SOLUTIONS, INC.,
QUALCOMM INCORPORATED, and
JOHN DOES 1-10**                                                      **DEFENDANTS**

**CORPORATE DISCLOSURE STATEMENT
OF CELLULAR SOUTH, INC.**

Pursuant to Fed. R. Civ. P. 7.1(a), Cellular South, Inc. states that it is a Mississippi corporation whose parent company is Telapex, Inc., a Mississippi corporation. No publicly held company owns 10% or more of Cellular South, Inc.'s stock.

THIS, the 13th day of April, 2012.

                                                                  Respectfully submitted,

                                                                  s/ Walter H. Boone_____
                                                                  Alan W. Perry, MSB #4127
                                                                  Daniel J. Mulholland, MSB #3643
                                                                  Walter H. Boone, MSB #8651
                                                                  FORMAN PERRY WATKINS KRUTZ & TARDY LLP
                                                                  City Centre, Suite 200
                                                                  200 South Lamar Street
                                                                  Jackson, Mississippi 39201
                                                                  Tel.: 601-969-7833
                                                                  Fax: 601-960-8613
                                                                  aperry@fpwk.com

                    Charles L. McBride, Jr., MSB #8995
                    M. Patrick McDowell, MSB # 9746
                    Joseph A. Sclafani, MSB #99670
                    Brian C. Kimball, MSB #100787
                    BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
                    The Pinnacle Building, Suite 100
                    190 East Capitol Street
                    Jackson, Mississippi 39201
                    Tel.: 601-960-6891
                    Fax: 601-960-6902
                    cmcbride@brunini.com

                    Walter T. Johnson, MSB#8712
                    WATKINS & EAGER PLLC
                    400 East Capitol Street, Suite 300 (39201)
                    P. O. Box 650
                    Jackson, MS 39205
                    Phone: 601-965-1900
                    Fax: 601- 965-1901
                    wjohnson@watkinseager.com

                    *Counsel for Plaintiff Cellular South, Inc.,*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on April 13, 2012 I electronically filed the foregoing with the Clerk of the Court using the ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

    **Robert Upchurch**
    Holland Ray Upchurch and Hillen
    P.O. Drawer 409
    Tupelo, Mississippi 38802-0409
    dwu@hruhpa.com

    **Jim M. Greenlee**

Holcomb Dunbar
400 S. Lamar, Ste. A
Oxford, MS 38655
jgreenlee@holcombdunbar.com

**AT&T, Inc.**
c/o D. Wayne Watts
208 S. Akard Street
Suite 3702
Dallas, TX 75202-4206

**AT&T, Inc.**
c/o Registered Agent, The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**AT&T Mobility, Inc.**
c/o Registered Agent
CT Corporation System
645 Lakeland East Drive
Suite 101
Flowood, MS 39232

**Qualcomm Incorporated**
c/o Registered Agent
Corporation Service Company
506 S. President Street
Jackson, MS 39201

THIS, the 13th day of April, 2012.

                                                              s/Walter H. Boone
                                                               WALTER H. BOONE