**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

| | |
|---|---|
| CORR WIRELESS COMMUNICATIONS, L.L.C., CELLULAR SOUTH, INC., and CELLULAR SOUTH LICENSES, LLC | **PLAINTIFFS** |
| VS. | CIVIL ACTION NO. 3:12-cv-00036-SA-SAA |
| AT&T, INC., AT&T MOBILITY LLC, MOTOROLA SOLUTIONS, INC., QUALCOMM INCORPORATED, and JOHN DOES 1-10 | **DEFENDANTS** |

**CORPORATE DISCLOSURE STATEMENT
OF CELLULAR SOUTH LICENSES, LLC**

Pursuant to Fed. R. Civ. P. 7.1(a), Cellular South Licenses, LLC, hereby states that it is a wholly owned subsidiary of Cellular South, Inc. and that no publicly-held company owns 10% or more of its stock.

THIS, the 13th day of April, 2012.

Respectfully submitted,

s/ Walter H. Boone
Alan W. Perry, MSB #4127
Daniel J. Mulholland, MSB #3643
Walter H. Boone, MSB #8651
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
City Centre, Suite 200
200 South Lamar Street
Jackson, Mississippi 39201
Tel.: 601-969-7833
Fax: 601-960-8613
aperry@fpwk.com

Charles L. McBride, Jr., MSB #8995
M. Patrick McDowell, MSB # 9746
Joseph A. Sclafani, MSB #99670
Brian C. Kimball, MSB #100787
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
The Pinnacle Building, Suite 100

        190 East Capitol Street
Jackson, Mississippi 39201
Tel.: 601-960-6891
Fax: 601-960-6902
cmcbride@brunini.com

Walter T. Johnson, MSB#8712
WATKINS & EAGER PLLC
400 East Capitol Street, Suite 300 (39201)
P. O. Box 650
Jackson, MS 39205
Phone: 601-965-1900
Fax: 601- 965-1901
wjohnson@watkinseager.com

*Counsel for Cellular South Licenses, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2012 I electronically filed the foregoing with the Clerk of the Court using the ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

**Robert Upchurch**
Holland Ray Upchurch and Hillen
P.O. Drawer 409
Tupelo, Mississippi 38802-0409
dwu@hruhpa.com

**Jim M. Greenlee**
Holcomb Dunbar
400 S. Lamar, Ste. A
Oxford, MS 38655
jgreenlee@holcombdunbar.com

**AT&T, Inc.**
c/o D. Wayne Watts
208 S. Akard Street
Suite 3702
Dallas, TX 75202-4206

**AT&T, Inc.**
c/o Registered Agent, The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**AT&T Mobility, Inc.**
c/o Registered Agent
CT Corporation System
645 Lakeland East Drive
Suite 101
Flowood, MS 39232

**Qualcomm Incorporated**
c/o Registered Agent
Corporation Service Company
506 S. President Street
Jackson, MS 39201

THIS, the 13th day of April, 2012.

                                                      s/Walter H. Boone
                                                      WALTER H. BOONE