# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| CORR WIRELESS COMMUNICATIONS, L.L.C., CELLULAR SOUTH, INC., AND CELLULAR SOUTH LICENSES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AT&T, INC., AT&T MOBILITY LLC, MOTOROLA SOLUTIONS, INC., AND QUALCOMM INCORPORATED, <br><br> Defendants. | No. 3:12-cv-036-SA-SAA |

## CORPORATE DISCLOSURE STATEMENTS
## OF AT&T INC. AND AT&T MOBILITY LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants AT&T Inc. and AT&T Mobility LLC submit the following corporate disclosure statements:

1. Defendant AT&T Inc. is a publicly traded company and there is no one person or group that owns 10% or more of the stock of AT&T Inc.

2. Defendant AT&T Mobility LLC is owned by the following:

    a. SBC Long Distance, LLC -- Sole Member: SBC Telecom, Inc.

    b. SBC Telecom, Inc.

    c. BellSouth Mobile Data, Inc.

None of the companies that own AT&T Mobility LLC is a publicly traded company, and all three are subsidiaries of AT&T Inc.

Respectfully submitted,
AT&T MOBILITY LLC and AT&T, Inc.

/s/David W. Upchurch
DAVID W. UPCHURCH, MSB #10558

HOLLAND, RAY, UPCHURCH & HILLEN, P.A.
P.O.DRAWER 409
TUPELO, MS 38802-0409
TELEPHONE: 662-842-1721
FACSIMILE: 662-844-6413
dwu@hruhpa.com

*Attorneys for Defendants AT&T Mobility LLC, and AT&T, Inc. and*

## CERTIFICATE OF SERVICE

I, David W. Upchurch, hereby certify that I have this day filed the foregoing Corporate Disclosure Statements of AT&T, Inc. and AT&T Mobility LLC with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following registered participants:

Alan W. Perry, Esq., MSB #4127
Daniel J. Mulholland, Esq., #3643
Walter H. Boone, Esq., #8651
Forman, Perry, Watkins, Krutz & Tardy, LLP
200 S. Lamar Street, Suite 100
Jackson, MS 39201-4099
Tel: 601-969-7833
Fax: 601-960-8613
aperry@fpwk.com

Charles L. McBride, Esq., MSB #8995
M. Patrick McDowell, Esq., MSB #9746
Joseph A. Sclafani, Esq., MSB #99670
Brian C. Kimball, Esq., MSB #100787
Brunini, Grantham, Grower & Hewes, PLLC
190 E. Capitol Street, Suite 100
Jackson, MS 39201-2151
Tel: 601-960-6891
Fax: 601-960-6902
cmcbride@brunini.com

Walter T. Johnson, Esq., MSB #8712
Watkins & Eager PLLC
400 East Capitol Street, Suite 300 (39201)
P.O. Box 650
Jackson, MS  39205
Tel:   601-965-1900
Fax:  601-965-1901
wjohnson@watkineager.com

Counsel for Plaintiffs Cellular South, Inc.
Corr Wireless Communications, LLC and
CellularSouth Licenses, LLC

DATED this the 16th day of April, 2012.


   /s/David W. Upchurch
DAVID W. UPCHURCH