# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**CORR WIRELESS**
**COMMUNICATIONS, L.L.C.,**
**CELLULAR SOUTH, INC., and**
**CELLULAR SOUTH LICENSES, LLC**                             **PLAINTIFFS**

**V.**                                   **CIVIL ACTION NO. 3:12CV036**

**AT&T, INC., AT&T MOBILITY LLC,**
**MOTOROLA SOLUTIONS, INC.,**
**QUALCOMM INCORPORATED, and**
**JOHN DOES 1-10**                                           **DEFENDANTS**

## CORPORATE DISCLOSURE OF QUALCOMM INCORPORATED

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7(c) of the Uniform Local Rules of the United States District Courts for the Northern and Southern Districts of Mississippi, defendant, Qualcomm Incorporated, by and through its counsel of record, states that it has no parent corporation nor is there any publicly traded corporation owning 10% or more of its stock.

Dated this 16th day of April, 2012.

                                                          QUALCOMM INCORPORATED, Defendant

                                                          By:   /s/L. F. Sams, Jr.
                                                                 L. F. SAMS, JR. (MSB #6426)
                                                                 OTIS R. TIMS (MSB #8221)
                                                                 MARGARET SAMS GRATZ (MSB #99231)

OF COUNSEL

MITCHELL MCNUTT & SAMS, P.A
P. O. BOX 7120
TUPELO, MISSISSIPPI 38802-7120
TELEPHONE: (662) 842-3871
FACSIMILE: (662) 842-8450

CRAVATH, SWAINE & MOORE LLP
825 8TH AVENUE
NEW YORK, NEW YORK 10019
TELEPHONE: (212) 474-1072

991690

## **CERTIFICATE OF SERVICE**

I, L. F. Sams, Jr., one of the attorneys for Defendant, Qualcomm Incorporated, hereby certify that I have electronically filed the foregoing Corporate Disclosure of Qualcomm Incorporated with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

*Attorneys for Plaintiffs*:

**Alan W. Perry**
**Daniel J. Mulholland**
**Water H. Boone**
Forman Perry Watkins Krutz & Tardy, LLP
City Centre, Suite 200
200 South Lamar Street
Jackson, MS  39201

**Charles L. McBride, Jr.**
**M. Patrick McDowell**
**Joseph A. Sclafani**
**Brian C. Kimball**
Brunini Grantham Grower & Hewes, PLLC
The Pinnacle Building, Suite 100
190 East Capitol Street
Jackson, MS  39201

**Walter T. Johnson**
Watkins & Eager, LLC
P. O. Box 650
Jackson, MS  39205

*Attorney for Defendants AT&T, Inc. and AT&T Mobility, LLC*

**David W. Upchurch**
Holland Ray Upchurch and Hillen
P. O. Drawer 409
Tupelo, MS  38802-0409

and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participant:

991690

*Attorney for Defendant Motorola Solutions, Inc.*

**Jim M. Greenlee**
Holcomb Dunbar
400 S. Lamar, Suite A
Oxford, MS  39655

This the 16th day of April, 2012.

                                              /s/L. F. Sams, Jr.
                                              L. F. SAMS, JR.

991690