**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**CORR WIRELESS
COMMUNICATIONS, L.L.C.,
CELLULAR SOUTH, INC., and
CELLULAR SOUTH LICENSES, LLC**                          **PLAINTIFFS**

**V.**                                        **CIVIL ACTION NO. 3:12CV036**

**AT&T, INC., AT&T MOBILITY LLC,
MOTOROLA SOLUTIONS, INC.,
QUALCOMM INCORPORATED, and
JOHN DOES 1-10**                                        **DEFENDANTS**

## ENTRY OF APPEARANCE

Please take notice that **Margaret Sams Gratz, Esq.** of the firm of Mitchell, McNutt & Sams, P.A., 105 South Front Street, Post Office Box 7120, Tupelo, Mississippi 38802-7120, enters her appearance as counsel to represent the interests of the defendant, Qualcomm Incorporated, in the above referenced matter.

The undersigned requests that her name be placed on the mailing matrix and that all motions, notices, pleadings and discovery documents in this matter be served on her as attorney of record for said defendant.

Dated, this the 16th day of April, 2012.

                                         RESPECTFULLY SUBMITTED,

                                         QUALCOMM INCORPORATED, Defendant

                                         By:    /s/ Margaret Sams Gratz
                                                L. F. SAMS, JR. (MSB #6426)
                                                OTIS R. TIMS (MSB #8221)
                                                MARGARET SAMS GRATZ (MSB #99231)

991753

OF COUNSEL

MITCHELL MCNUTT & SAMS, P.A
P. O. BOX 7120
TUPELO, MISSISSIPPI 38802-7120
TELEPHONE: (662) 842-3871
FACSIMILE: (662) 842-8450

CRAVATH, SWAINE & MOORE LLP
825 8TH AVENUE
NEW YORK, NEW YORK 10019
TELEPHONE: (212) 474-1072

## CERTIFICATE OF SERVICE

I, Margaret Sams Gratz, one of the attorneys for Defendant, Qualcomm Incorporated, hereby certify that I have electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the ECF system, which sent notification of such filing to all parties of record, including the following:.

*Attorneys for Plaintiffs*:

**Alan W. Perry**
**Daniel J. Mulholland**
**Water H. Boone**
Forman Perry Watkins Krutz & Tardy, LLP
City Centre, Suite 200
200 South Lamar Street
Jackson, MS 39201

**Charles L. McBride, Jr.**
**M. Patrick McDowell**
**Joseph A. Sclafani**
**Brian C. Kimball**
Brunini Grantham Grower & Hewes, PLLC
The Pinnacle Building, Suite 100
190 East Capitol Street
Jackson, MS 39201

**Walter T. Johnson**
Watkins & Eager, LLC
P. O. Box 650
Jackson, MS 39205

*Attorney for Defendants AT&T, Inc. and AT&T Mobility, LLC*

**David W. Upchurch**
Holland Ray Upchurch and Hillen
P. O. Drawer 409
Tupelo, MS 38802-0409

and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participant:

*Attorney for Defendant Motorola Solutions, Inc.*

**Jim M. Greenlee**
Holcomb Dunbar
400 S. Lamar, Suite A
Oxford, MS 39655

This, the 16th day of April, 2012.

                                            /s/ Margaret Sams Gratz
                                           MARGARET SAMS GRATZ