**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**CORR WIRELESS COMMUNICATIONS, L.L.C., CELLULAR SOUTH, INC., and CELLULAR SOUTH LICENSES, LLC** — **PLAINTIFFS**

**V.** — **CIVIL ACTION NO. 3:12CV036**

**AT&T, INC., AT&T MOBILITY LLC, MOTOROLA SOLUTIONS, INC., QUALCOMM INCORPORATED, and JOHN DOES 1-10** — **DEFENDANTS**

## ENTRY OF APPEARANCE

Please take notice that **Otis R. Tims, Esq.,** of the firm of Mitchell, McNutt & Sams, P.A., 105 South Front Street, Post Office Box 7120, Tupelo, Mississippi 38802-7120, enters his appearance as counsel to represent the interests of the defendant, Qualcomm Incorporated, in the above referenced matter.

The undersigned requests that his name be placed on the mailing matrix and that all motions, notices, pleadings and discovery documents in this matter be served on him as attorney of record for said defendant.

Dated, this the 16th day of April, 2012.

RESPECTFULLY SUBMITTED,

QUALCOMM INCORPORATED, Defendant

By: /s/ Otis R. Tims
L. F. SAMS, JR. (MSB #6426)
OTIS R. TIMS (MSB #8221)
MARGARET SAMS GRATZ (MSB #99231)

OF COUNSEL

MITCHELL MCNUTT & SAMS, P.A
P. O. BOX 7120
TUPELO, MISSISSIPPI 38802-7120
TELEPHONE: (662) 842-3871
FACSIMILE: (662) 842-8450

CRAVATH, SWAINE & MOORE LLP
825 8TH AVENUE
NEW YORK, NEW YORK 10019
TELEPHONE: (212) 474-1072

**CERTIFICATE OF SERVICE**

I, Otis R. Tims, one of the attorneys for Defendant, Qualcomm Incorporated, hereby certify that I have electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the ECF system, which sent notification of such filing to all parties of record, including the following:.

*Attorneys for Plaintiffs:*

**Alan W. Perry**
**Daniel J. Mulholland**
**Water H. Boone**
Forman Perry Watkins Krutz & Tardy, LLP
City Centre, Suite 200
200 South Lamar Street
Jackson, MS 39201

**Charles L. McBride, Jr.**
**M. Patrick McDowell**
**Joseph A. Sclafani**
**Brian C. Kimball**
Brunini Grantham Grower & Hewes, PLLC
The Pinnacle Building, Suite 100
190 East Capitol Street
Jackson, MS 39201

**Walter T. Johnson**
Watkins & Eager, LLC
P. O. Box 650
Jackson, MS 39205

*Attorney for Defendants AT&T, Inc. and AT&T Mobility, LLC*

**David W. Upchurch**
Holland Ray Upchurch and Hillen
P. O. Drawer 409
Tupelo, MS 38802-0409

and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participant:

*Attorney for Defendant Motorola Solutions, Inc.*

**Jim M. Greenlee**
Holcomb Dunbar
400 S. Lamar, Suite A
Oxford, MS 39655

This, the 16th day of April, 2012.

                                                  /s/ Otis R. Tims
                                                  OTIS R. TIMS, MSB #8221