**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

| | |
|---|---|
| CORR WIRELESS COMMUNICATIONS, L.L.C., CELLULAR SOUTH, INC., and CELLULAR SOUTH LICENSES, LLC | **PLAINTIFFS** |
| v. | **CIVIL ACTION NO: 3:12CV036-SA-SAA** |
| AT&T, INC., AT&T MOBILITY LLC, MOTOROLA SOLUTIONS, INC., QUALCOMM INCORPORATED, and JOHN DOES 1-10 | **DEFENDANTS** |

**MOTOROLA SOLUTIONS, INC.'S MOTION
FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendant Motorola Solutions, Inc. respectfully requests an extension of time, through and including Wednesday, May 23, 2012, to respond to Plaintiffs' Complaint.

1. Plaintiffs' lengthy 432-paragraph, 142-paged Complaint was filed on April 2, 2012, and served that same day on Motorola Solutions, Inc.'s registered agent for service of process. Accordingly, Motorola Solutions, Inc.'s response is currently due on or by April 23, 2012. *See* Fed.R.Civ.P. 12(a)(1)(A)(i).

2. Motorola Solutions, Inc. was not given advance notice of the lawsuit or the opportunity to waive service of process pursuant to Federal Rule of Civil Procedure 4(d).

3. Despite the fact that *more* than the customary thirty (30) day extension to the twenty-one (21) day responsive pleading deadline is warranted here given the size of the Complaint, Motorola Solutions, Inc. requested just thirty (30) extra days from Plaintiffs' counsel in which to respond to the Complaint. Plaintiffs' counsel would agree to a twenty-three (23) day extension, but

not thirty (30) days.

4. Preparing a thorough response to Plaintiffs' massive antitrust Complaint requires adequate time to determine the legal basis of any potential dismissal motion and to investigate the allegations contained in the Complaint to which an answer is required.

5. Motorola Solutions, Inc. states unto the Court that granting this Motion would create no undue hardship, burden or prejudice to the Plaintiffs, and that this Motion for Extension of Time to Respond to Plaintiffs' Complaint is not filed for purposes of delay or harassment.

6. For the foregoing reasons, for the reasons expressed in similar extension motions filed by Qualcomm Incorporated, AT&T, Inc. and AT&T Mobility, LLC, and for good cause shown, Motorola Solutions, Inc. moves this Court for an extension of time of thirty (30) days to respond to Plaintiffs' Complaint, allowing it until and including May 23, 2012, in which to file its response. *See* Mots. [14-1, 19-1].

WHEREFORE, PREMISES CONSIDERED, Defendant Motorola Solutions, Inc. requests an extension through and including May 23, 2012, to respond to Plaintiffs' Complaint.

Respectfully submitted, this the 18th day of April, 2012.

            MOTOROLA SOLUTIONS, INC.

        BY: s/ *Jim M. Greenlee*
           JIM M. GREENLEE, MSB # 5001
           HOLCOMB, DUNBAR, WATTS, BEST,
           MASTERS & GOLMON
           400 South Lamar Blvd., Suite A
           P.O. Drawer 707
           Oxford, Mississippi 38655
           Phone: 662-234-8775
           Fax:  662-238-7552

**CERTIFICATE OF SERVICE**

I, JIM M. GREENLEE, of Holcomb Dunbar, P.A., do hereby certify that I have this day electronically filed the foregoing document with the Clerk of the court using the ECF system which sent notification of such filing to all counsel of record, including the following registered participants:

>Alan W. Perry, Esq.
>Daniel J. Mulholland, Esq.
>Walter H. Boone, Esq.
>Forman, Perry, Watkins, Krutz & Tardy, LLP
>200 S. Lamar Street, Suite 100
>Jackson, MS 39201-4099
>Tel: (601) 969-7833
>Fax: (601) 960-8613
>
>Charles L. McBride, Esq.
>M. Patrick McDowell, Esq.
>Joseph A. Sclafani, Esq.
>Brian C. Kimball, Esq.
>Brunini, Grantham, Grower & Hewes, PLLC
>190 E. Capitol Street, Suite 100
>Jackson, MS 39201-2151
>Tel: (601) 960-6891
>Fax: (601) 960-6902
>
>Walter T. Johnson, Esq.
>Watkins & Eager PLLC
>P.O. Box 650
>Jackson, MS 39205
>Tel: (601) 965-1900
>Fax: (601) 965-1901
>*Attorneys for Plaintiffs Cellular South, Inc., Corr Wireless Communications, L.L.C. and Cellular South Licenses, LLC*
>
>David W. Upchurch, Esq.
>Holland Ray Upchurch and Hillen
>P.O. Drawer 409
>Tupelo, MS 38802-0409
>*Attorney for Defendants AT&T, Inc. and AT&T Mobility, LLC*

L.F. Sams, Jr., Esq.
Otis R. Tims, Esq.
Margaret Sams Gratz, Esq.
Mitchell McNutt & Sams, P.A.
P.O. Box 7120
Tupelo, MS 38802-7120
Tel: (662) 842-3871
Fax: (662) 842-8450

*Attorneys for Defendant Qualcomm Incorporated*

This, the 18th day of April, 2012.

*s/ Jim M. Greenlee*
JIM M. GREENLEE
