**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**CORR WIRELESS
COMMUNICATIONS, L.L.C.,
CELLULAR SOUTH, INC., and
CELLULAR SOUTH LICENSES, LLC**                          **PLAINTIFFS**

**v.**                          **CIVIL ACTION NO: 3:12CV036-SA-SAA**

**AT&T, INC., AT&T MOBILITY LLC,
MOTOROLA SOLUTIONS, INC.,
QUALCOMM INCORPORATED, and
JOHN DOES 1-10**                                  **DEFENDANTS**

**CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Defendant, Motorola Solutions, Inc., and submits, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7(c), a statement of corporate ownership so that the judges of this Court may evaluate the potential application of Canon 3C(1)(c) of the Code of Conduct for United States Judges. Therefore, Motorola Solutions would state unto the Court that:

1. Motorola Solutions, Inc. is a publicly traded company and there is no one person or group that owns ten percent (10%) or more of its stock.

2. Motorola Solutions, Inc. has no parent corporation.

Respectfully submitted, this the __18th__ day of April, 2012.

                         **MOTOROLA SOLUTIONS, INC.**

                         BY:    *s/ James D. Johnson*
                                   JIM M. GREENLEE, MSB # 5001
                                   JAMES D. "J.D." JOHNSON, MSB # 102242
                                   HOLCOMB, DUNBAR, WATTS, BEST,
                                   MASTERS & GOLMON
                                   400 South Lamar Blvd., Suite A
                                   P.O. Drawer 707
                                   Oxford, Mississippi 38655
                                   Phone: 662-234-8775
                                   Fax:     662-238-7552

**CERTIFICATE OF SERVICE**

  I, JAMES D. JOHNSON, of Holcomb, Dunbar, Watts, Best, Masters & Golmon do hereby certify that I have this day electronically filed the foregoing document with the Clerk of the court using the ECF system which sent notification of such filing to all counsel of record, including the following registered participants:

    Alan W. Perry, Esq.
    Daniel J. Mulholland, Esq.
    Walter H. Boone, Esq.
    Forman, Perry, Watkins, Krutz & Tardy, LLP
    200 S. Lamar Street, Suite 100
    Jackson, MS 39201-4099
    Tel: (601) 969-7833
    Fax: (601) 960-8613

    Charles L. McBride, Esq.
    M. Patrick McDowell, Esq.
    Joseph A. Sclafani, Esq.
    Brian C. Kimball, Esq.
    Brunini, Grantham, Grower & Hewes, PLLC
    190 E. Capitol Street, Suite 100
    Jackson, MS 39201-2151
    Tel: (601) 960-6891
    Fax: (601) 960-6902

    Walter T. Johnson, Esq.
    Watkins & Eager PLLC
    P.O. Box 650
    Jackson, MS 39205
    Tel: (601) 965-1900
    Fax: (601) 965-1901

  *Attorneys for Plaintiffs Cellular South, Inc., Corr Wireless Communications, L.L.C. and Cellular South Licenses, LLC*

    David W. Upchurch, Esq.
    Holland Ray Upchurch and Hillen
    P.O. Drawer 409
    Tupelo, MS 38802-0409

  *Attorney for Defendants AT&T, Inc. and AT&T Mobility, LLC*

    L.F. Sams, Jr., Esq.  
    Otis R. Tims, Esq.  
    Margaret Sams Gratz, Esq.  
    Mithchell McNutt & Sams, P.A.  
    P.O. Box 7120  
    Tupelo, MS 38802-7120  
    Tel: (662) 842-3871  
    Fax: (662) 842-8450  

    *Attorneys for Defendant Qualcomm Incorporated*

This, the 18th day of April, 2012.

                                                *s/ James D. Johnson*  
                                                JAMES D. "J.D." JOHNSON