**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

| | |
|---|---|
| CORR WIRELESS COMMUNICATIONS, L.L.C. CELLULAR SOUTH, INC., AND CELLULAR SOUTH LICENSES, LLC | PLAINTIFFS |
| vs. | CIVIL ACTION NO. 3:12-cv-00036-SA-SAA |
| AT&T, INC., AT&T MOBILITY LLC, MOTOROLA SOLUTIONS, INC., AND QUALCOMM INCORPORATED | DEFENDANTS |

**RESPONSE OF CELLULAR SOUTH PLAINTIFFS TO
DEFENDANT MOTOROLA SOLUTIONS, INC.'S MOTION
FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Plaintiffs Corr Wireless Communications, L.L.C.; Cellular South, Inc.; and Cellular South Licenses, LLC (collectively "Cellular South") respond to the Motion of Defendant Motorola Solutions, Inc. ("Motorola") for Extension of Time to Respond to Plaintiffs' Complaint [Doc. # 23].

For the reasons stated in Cellular South's Response to Defendants' Motions for Extensions of Time to Respond to Complaint [Doc. # 22] and in Cellular South's pending Motion for Expedited Scheduling and Case Management Conference and Other Relief [Doc. #10], Motorola's Motion for Extension of Time to Respond to Plaintiffs' Complaint should be denied.

**ACCORDINGLY,** Cellular South respectfully requests that the Court first hear argument and rule on Cellular South's Motion for Expedited Scheduling and Case Management Conference and Other Relief, after which Motorola's Motion for Extension of Time to Respond to Plaintiffs' Complaint should be denied.

April 19, 2012                     Respectfully submitted,

                                                /s Alan W. Perry
Alan W. Perry, MSB #4127
Daniel J. Mulholland, MSB #3643
Walter H. Boone, MSB #8651
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
City Centre, Suite 200
200 South Lamar Street
Jackson, Mississippi 39201
Tel.: 601-969-7833
Fax: 601-960-8613
aperry@fpwk.com

Charles L. McBride, Jr., MSB #8995
M. Patrick McDowell, MSB # 9746
Joseph A. Sclafani, MSB #99670
Brian C. Kimball, MSB #100787
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
The Pinnacle Building, Suite 100
190 East Capitol Street
Jackson, Mississippi 39201
Tel.: 601-960-6891
Fax: 601-960-6902
cmcbride@brunini.com

Walter T. Johnson, MSB #8712
WATKINS & EAGER PLLC
400 East Capitol Street, Suite 300 (39201)
P.O. Box 650
Jackson, MS 39205
Tel: 601-965-1900
Fax: 601-965-1901
wjohnson@watkineager.com

*Counsel for Plaintiffs Cellular South, Inc.,
Corr Wireless Communications, L.L.C. and
Cellular South Licenses, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2012, I electronically filed the foregoing with the Clerk of the Court using the ECF System, which sent notification of such filing to the following:

*Attorneys for Defendants AT&T, Inc. and AT&T Mobility LLC:*

David W. Upchurch
Holland, Ray, Upchurch & Hillen, P.A.
P.O. Drawer 409
Tupelo, MS 38802-0409

*Attorneys for Defendant Qualcomm Incorporated:*

L.F. Sams, Jr.
Otis R. Tims
Margaret Sams Gratz
Mitchell, McNutt & Sams, P.A.
P.O. Box 7120
Tupelo, MS 38802-7120

Cravath, Swaine & Moore LLP
825 8th Avenue
New York, NY 10019

*Attorneys for Defendant Motorola Solutions, Inc.:*

Jim M. Greenlee
Holcomb, Dunbar, Watts, Best, Masters & Golmon
400 South Lamar Blvd., Suite A
P.O. Drawer 707
Oxford, MS 39655

/s Alan W. Perry
Alan W. Perry