## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

## NOTICE

CORR WIRELESS COMMUNICATIONS, LLC, ET AL                PLAINTIFFS

VS.                                                                                        CASE NO. 3:12CV36-SA-SAA

AT&T, INC., ET AL                                                                    DEFENDANTS

---

**TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date, and time set forth below:

---

**Place**
**UNITED STATES FEDERAL BUILDING**
**301 WEST COMMERCE STREET**
**ABERDEEN, MS 39730**

**Room No.**
**COURTROOM 1 - THIRD FLOOR**
**THURSDAY, MAY 3, 2012 1:30 P.M.**

**Date and Time**

---

**Type of Proceeding**

### HEARING BEFORE UNITED STATES DISTRICT JUDGE SHARION AYCOCK

---

DAVID CREWS, Clerk of Court

BY:  /s/ Ginger Sisk
      Ginger Sisk - Courtroom Deputy

Date: April 20, 2012

To:   Alan Walter Perry (electronic notice only)            Brian Craig Kimball (electronic notice only)
      Charles Louis McBride, Jr. (electronic notice only)   Daniel J. Mulholland (electronic notice only)
      Joseph Anthony Sclafani (electronic notice only)      Martin Patrick McDowell (electronic notice only)
      Walter H. Boone (electronic notice only)              Walter T. Johnson (electronic notice only)
      David Walker Upchurch (electronic notice only)        Jim Ming Greenlee (electronic notice only)
      James D. Johnson (electronic notice only)             L.F. Sams, Jr. (electronic notice only)
      Margaret Sams Gratz (electronic notice only)          Otis R. Tims (electronic notice only)

**CONTACT GINGER SISK AT 662-369-2628 or ginger_sisk@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS**.