IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CORR WIRELESS
COMMUNICATIONS, L.L.C., et al.,                      PLAINTIFFS

V.                                CIVIL ACTION NO. 3:12CV036-A-A

AT&T, INC., et al.,                               DEFENDANTS

## ORDER

Defendants seek an extension of time to file a response to the complaint [docket nos. 14, 19 and 23], and plaintiffs have filed objections. The court has reviewed the motions, the responses, and the record and merely because of the length of the complaint concludes that the motion should be granted. However, the plaintiffs' request that this case be treated in an expedited manner is currently set for hearing on May 3, 2012. The court cautions the parties that Judge Aycock's ruling on that issue will determine the speed and efficacy with which the court will expect the parties to prepare for trial. If Judge Aycock deems it appropriate to expedite trial preparation, the parties will be expected to comply.[1] It is

**ORDERED**

that the defendants are granted until May 23, 2012 to file an answer or other responsive pleading, subject, of course, to any superseding order by Judge Aycock at the May 3, hearing.

This, the 23rd day of April, 2012.

                                         /s/ S. Allan Alexander
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] The court notes specifically the speedy disposition of cases in the Eastern District of Virginia, where the average time from filing to trial is well under one year, even taking into account that many of these cases are "complex" cases such as this case is claimed to be.