# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

**CORR WIRELESS**
**COMMUNICATIONS, L.L.C., ET AL**                    **PLAINTIFFS**


**v.**                                        **CIVIL CASE NO. 3:12CV036-A-A**


**AT&T, INC., ET AL.**                              **DEFENDANTS**


## ORDER ADMITTING COUNSEL PRO HAC VICE

The court has considered the amended motion to have attorney Kenneth M. Fetterman

appear *pro hac vice* on behalf of the defendants AT&T Mobility, L.L.C. and AT&T, Inc. in this

action.  After reviewing the motion and the record, the court finds that the requirements of

L.U.Civ.R. 83.1(d) have been met, and the motion should be granted, but only on condition that

counsel pays the admission fee and registers to be served electronically with orders and notices

from the court by no later than May 7, 2012.   Counsel may register electronically by accessing the

Attorney Registration site at www.msnd.uscourts.gov/ecf and completing the Online ECF Attorney

Registration Form.

SO ORDERED, this, the 30th day of April, 2012.


/s/ S. Allan Alexander
UNITED STATES MAGISTRATE JUDGE