# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**CORR WIRELESS**
**COMMUNICATIONS, L.L.C.**
**CELLULAR SOUTH, INC., AND**
**CELLULAR SOUTH LICENSES, LLC**      **PLAINTIFFS**

**vs.**      **CIVIL ACTION NO. 3:12-cv-00036-SA-SAA**

**AT&T, INC., AT&T MOBILITY LLC,**
**MOTOROLA SOLUTIONS, INC.,**
**QUALCOMM INCORPORATED, and**      **DEFENDANTS**
**JOHN DOES 1-10**

## ENTRY OF APPEARANCE

Please take notice that **Chahira Solh, Esq**. of the firm of Crowell & Moring LLP, 3 Park Plaza, 20th Floor, Irvine, California 92614, enters her appearance as counsel *(Pro Hac Vice)* to represent the interests of the Defendant, Motorola Mobility, Inc., erroneously sued as Motorola Solutions, Inc., in the above referenced matter.

The undersigned requests that her name be placed on the mailing matrix and that all motions, notices, pleadings and discovery documents in this matter be served on her as attorney of record *(Pro Hac Vice)* for said Defendant.

Dated, the 1st day of May, 2012.

>Respectfully submitted,
>
>MOTOROLA MOBILITY, INC., erroneously sued as MOTOROLA SOLUTIONS, INC., Defendant
>
>By: *s/ Chahira Solh*
>John S. Gibson *(Pro Hac Vice)*
>jgibson@crowell.com
>Chahira Solh *(Pro Hac Vice)*
>csolh@crowell.com
>CROWELL & MORING LLP
>3 Park Plaza, 20th Floor
>Irvine, California 92614-8505
>Telephone: (949) 263 8400
>Facsimile: (949) 263 8414
>
>
>By: *s/ Jim M. Greenlee*
>JIM M. GREENLEE, MSB # 5001
>HOLCOMB, DUNBAR, WATTS, BEST, MASTERS & GOLMON
>400 South Lamar Blvd., Suite A
>P.O. Drawer 707
>Oxford, Mississippi 38655
>Telephone: (662) 234-8775
>Facsimile: (662) 238-7552

## **CERTIFICATE OF SERVICE**

I, Chahira Solh, of the firm of Crowell & Moring LLP, do hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to:

Alan Walter Perry
FORMAN, PERRY, WATKINS, KRUTZ & TARDY, PLLC
P.O. Box 22608
Jackson, MS 39225-2608
Email: aperry@fpwk.com

Brian Craig Kimball
BRUNINI, GRANTHAM, GROWER & HEWES
P. O. Drawer 119
Jackson, MS 39205-0119
Email: bkimball@brunini.com

Charles Louis McBride , Jr.
BRUNINI, GRANTHAM, GROWER & HEWES
P. O. Drawer 119
Jackson, MS 39205-0119
Email: cmcbride@brunini.com

Daniel J. Mulholland
FORMAN, PERRY, WATKINS, KRUTZ & TARDY, PLLC
P.O. Box 22608
Jackson, MS 39225-2608
Email: mulhollanddj@fpwk.com

Martin Patrick McDowell
BRUNINI, GRANTHAM, GROWER & HEWES
P. O. Drawer 119
Jackson, MS 39205-0119
Email: pmcdowell@brunini.com

Walter H. Boone
FORMAN, PERRY, WATKINS, KRUTZ & TARDY, PLLC
P.O. Box 22608
Jackson, MS 39225-2608
Email: whboone@fpwk.com

Walter T. Johnson
WATKINS & EAGER
P. O. Box 650
Jackson, MS 39205-0650
Email: wjohnson@watkinseager.com

David W. Upchurch
HOLLAND RAY UPCHURCH AND HILLEN
P.O. Drawer 409
Tupelo, MS 38802-0409
Email: dwu@hruhpa.com

Joseph Anthony Sclafani
BRUNINI, GRANTHAM,
P. O. Drawer 119
Jackson, MS 39205-0119
Email: jsclafani@brunini.com

Margaret Sams Gratz
MITCHELL, MCNUTT & SAMS - Tupelo
P. O. Box 7120
Tupelo, MS 38802-7120
Email: mgratz@mitchellmcnutt.com

Yonatan Even *(Pro Hac Vice)*
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Email: yeven@cravath.com

Aaron M. Panner *(Pro Hac Vice)*
KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL PLLC
1615 M Street NW, Suite 400
Washington State, DC 20036
Email: apanner@khhte.com

Michael K. Kellogg *(Pro Hac Vice)*
KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL PLLC
1615 M Street NW, Suite 400
Washington State, DC 20036
Email: mkellogg@khhte.com

L. F. Sams , Jr.
MITCHELL, MCNUTT & SAMS
P. O. Box 7120
Tupelo, MS 38802-7120
Email: ssams@mitchellmcnutt.com

Roger G. Brooks *(Pro Hac Vice)*
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Email: rgbrooks@cravath.com

Otis R. Tims
MITCHELL, MCNUTT & SAMS
P. O. Box 7120
Tupelo, MS 38802-7120
Email: otims@mitchellmcnutt.com

Kenneth M. Fetterman *(Pro Hac Vice)*
KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL PLLC
1615 M. Street NW, Suite 400
Washington State, DC 20036
Email: kfetterman@khhte.com

William J. Rinner *(Pro Hac Vice)*
KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL PLLC
1615 M. Street NW, Suite 400
Washington, DC 20036
Email: wrinner@khhte.com

Dated, the 1st day of May, 2012.

*s/ Chahira Solh*
CHAHIRA SOLH