UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| **CORR WIRELESS COMMUNICATIONS, L.L.C. CELLULAR SOUTH, INC., AND CELLULAR SOUTH LICENSES, LLC** | **PLAINTIFFS** |
| vs. | CIVIL ACTION NO. 3:12-cv-00036-SA-SAA |
| **AT&T, INC., AT&T MOBILITY LLC, MOTOROLA SOLUTIONS, INC., QUALCOMM INCORPORATED, and JOHN DOES 1-10** | **DEFENDANTS** |

## ENTRY OF APPEARANCE

Please take notice that **John S. Gibson, Esq**. of the firm of Crowell & Moring LLP, 3 Park Plaza, 20th Floor, Irvine, California 92614, enters his appearance as counsel *(Pro Hac Vice)* to represent the interests of the Defendant, Motorola Mobility, Inc., erroneously sued as Motorola Solutions, Inc., in the above referenced matter.

The undersigned requests that his name be placed on the mailing matrix and that all motions, notices, pleadings and discovery documents in this matter be served on him as attorney of record *(Pro Hac Vice)* for said Defendant.

Dated, the 1st day of May, 2012.

          Respectfully submitted,

          MOTOROLA MOBILITY, INC., erroneously sued as MOTOROLA SOLUTIONS, INC., Defendant

          By: *s/ John S. Gibson*
          John S. Gibson *(Pro Hac Vice)*
          jgibson@crowell.com
          Chahira Solh *(Pro Hac Vice)*
          csolh@crowell.com
          CROWELL & MORING LLP
          3 Park Plaza, 20th Floor
          Irvine, California 92614-8505
          Telephone: (949) 263 8400
          Facsimile: (949) 263 8414

          By: *s/ Jim M. Greenlee*
          JIM M. GREENLEE, MSB # 5001
          HOLCOMB, DUNBAR, WATTS, BEST, MASTERS & GOLMON
          400 South Lamar Blvd., Suite A
          P.O. Drawer 707
          Oxford, Mississippi 38655
          Telephone: (662) 234-8775
          Facsimile: (662) 238-7552

**CERTIFICATE OF SERVICE**

      I, John S. Gibson, of the firm of Crowell & Moring LLP, do hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to:

Alan Walter Perry
FORMAN, PERRY, WATKINS, KRUTZ & TARDY, PLLC
P.O. Box 22608
Jackson, MS 39225-2608
Email: aperry@fpwk.com

Brian Craig Kimball
BRUNINI, GRANTHAM, GROWER & HEWES
P. O. Drawer 119
Jackson, MS 39205-0119
Email: bkimball@brunini.com

Charles Louis McBride , Jr.
BRUNINI, GRANTHAM, GROWER & HEWES
P. O. Drawer 119
Jackson, MS 39205-0119
Email: cmcbride@brunini.com

Daniel J. Mulholland
FORMAN, PERRY, WATKINS, KRUTZ & TARDY, PLLC
P.O. Box 22608
Jackson, MS 39225-2608
Email: mulhollanddj@fpwk.com

Martin Patrick McDowell
BRUNINI, GRANTHAM, GROWER & HEWES
P. O. Drawer 119
Jackson, MS 39205-0119
Email: pmcdowell@brunini.com

Walter H. Boone
FORMAN, PERRY, WATKINS, KRUTZ & TARDY, PLLC
P.O. Box 22608
Jackson, MS 39225-2608
Email: whboone@fpwk.com

Walter T. Johnson
WATKINS & EAGER
P. O. Box 650
Jackson, MS 39205-0650
Email: wjohnson@watkinseager.com

David W. Upchurch
HOLLAND RAY UPCHURCH AND HILLEN
P.O. Drawer 409
Tupelo, MS 38802-0409
Email: dwu@hruhpa.com

Joseph Anthony Sclafani
BRUNINI, GRANTHAM,
P. O. Drawer 119
Jackson, MS 39205-0119
Email: jsclafani@brunini.com

Margaret Sams Gratz
MITCHELL, MCNUTT & SAMS - Tupelo
P. O. Box 7120
Tupelo, MS 38802-7120
Email: mgratz@mitchellmcnutt.com

Yonatan Even *(Pro Hac Vice)*
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Email: yeven@cravath.com

Aaron M. Panner *(Pro Hac Vice)*
KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL PLLC
1615 M Street NW, Suite 400
Washington State, DC 20036
Email: apanner@khhte.com

Michael K. Kellogg *(Pro Hac Vice)*
KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL PLLC
1615 M Street NW, Suite 400
Washington State, DC 20036
Email: mkellogg@khhte.com

L. F. Sams , Jr.
MITCHELL, MCNUTT & SAMS
P. O. Box 7120
Tupelo, MS 38802-7120
Email: ssams@mitchellmcnutt.com

Roger G. Brooks *(Pro Hac Vice)*
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Email: rgbrooks@cravath.com

Otis R. Tims
MITCHELL, MCNUTT & SAMS
P. O. Box 7120
Tupelo, MS 38802-7120
Email: otims@mitchellmcnutt.com

Kenneth M. Fetterman *(Pro Hac Vice)*
KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL PLLC
1615 M. Street NW, Suite 400
Washington State, DC 20036
Email: kfetterman@khhte.com

William J. Rinner *(Pro Hac Vice)*
KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL PLLC
1615 M. Street NW, Suite 400
Washington, DC 20036
Email: wrinner@khhte.com

Dated, the 1st day of May, 2012.

*s/ John S. Gibson*
JOHN S. GIBSON