UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

## CIVIL MINUTES

**Case No.** 3:12CV36-SA          **Place Held:** ABERDEEN, MISSISSIPPI

**Style:** CORR WIRELESS COMMUNICATIONS, LLC, ET AL VS AT&T, ET AL

**Date & Time Began:** 5/03/12, 1:30 P.M.

**Date & Time Ended:** 5/03/12, 4:00 P.M.

**Total Time:** 2 hrs 30 mins

**PRESENT:**

**HONORABLE SHARION AYCOCK, JUDGE**

Ginger Sisk                                         Phyllis McLarty
Courtroom Deputy Clerk                              Official Court Reporter

**Attorneys for Plaintiffs:**                       **Attorneys for Defendants:**
Alan Perry                                          David Upchurch
Daniel Mulholland                                   Michael Kellogg
Walter Boone                                        Jim Greenlee
Chuck McBride                                       Chahira Solh
Patrick McDowell                                    John Gibson
Walter Johnson                                      Sandy Sams
                                                    Margaret Gratz
                                                    Roger Brooks
                                                    Yonatan Even

**PROCEEDINGS:** Status Hearing and Hearing on Motion to Expedite Scheduling and Case Management Conference and For Other Relief.

**DOCKET ENTRY:** Court held hearing; Taken under advisement.

**DAVID CREWS, CLERK**

By: __/s/ Ginger Sisk_____
     Ginger Sisk, Courtroom Deputy