**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**CORR WIRELESS
COMMUNICATIONS, L.L.C., ET AL**                                                **PLAINTIFFS**

**v.**                                                **CIVIL CASE NO. 3:12CV036-A-A**

**AT&T, INC., ET AL.**                                                         **DEFENDANTS**

**ORDER**

Before the Court is Plaintiffs' Motion to Expedite Scheduling and Case Management Conference and for Other Relief [10]. After thoroughly considering the briefs and oral arguments posited by all parties, the Court concludes that the most apposite course of action is to defer ruling on the motions to expedite, bifurcate, and appoint a special master until such time that motions to dismiss have been filed, responded to, and ruled upon by the Court. All parties have agreed upon dates for the filing of such motions to dismiss, and the Court approves of the same. Defendants' motions to dismiss shall be filed on or before May 23, 2012. Plaintiffs' responses shall be filed on or before June 13, 2012, and Defendants' replies shall be filed on or before June 27, 2012. The Court will hear oral arguments on all submitted motions to dismiss on July 17, 2012 at 9:00 a.m. in Aberdeen, Mississippi.[1]

---

[1] For planning purposes only, the Court also provides the parties with what the Court is treating—*at this time*—as a tentative date for trial in this matter. Such date is September 9, 2013. The trial, tentatively, will be set for six weeks in Oxford, Mississippi.

**So ORDERED on this, the   4th     day of   May        , 2012.**

                                         **/s/   Sharion Aycock**
                                         **UNITED STATES DISTRICT JUDGE**