# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

## NOTICE

CORR WIRELESS COMMUNICATIONS, LLC, ET AL      PLAINTIFFS

VS.      CASE NO. 3:12CV36-SA-SAA

AT&T, INC., ET AL      DEFENDANTS

---

**TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date, and time set forth below:

---

**Place**
**UNITED STATES FEDERAL BUILDING**
**301 WEST COMMERCE STREET**
**ABERDEEN, MS 39730**

**Room No.**
**COURTROOM 1 - THIRD FLOOR**
**TUESDAY, JULY 17, 2012 9:00 A.M.**

**Date and Time**

---

**Type of Proceeding**

## HEARING ON MOTIONS TO DISMISS
## BEFORE UNITED STATES DISTRICT JUDGE SHARION AYCOCK

---

DAVID CREWS, Clerk of Court

BY: /s/ Ginger Sisk
Ginger Sisk - Courtroom Deputy

Date: May 4, 2012

To:
| | |
|---|---|
| Alan Walter Perry (electronic notice only) | Brian Craig Kimball (electronic notice only) |
| Charles Louis McBride, Jr. (electronic notice only) | Daniel J. Mulholland (electronic notice only) |
| Joseph Anthony Sclafani (electronic notice only) | Martin Patrick McDowell (electronic notice only) |
| Walter H. Boone (electronic notice only) | Walter T. Johnson (electronic notice only) |
| David Walker Upchurch (electronic notice only) | Jim Ming Greenlee (electronic notice only) |
| James D. Johnson (electronic notice only) | L.F. Sams, Jr. (electronic notice only) |
| Margaret Sams Gratz (electronic notice only) | Otis R. Tims (electronic notice only) |

**CONTACT GINGER SISK AT 662-369-2628 or ginger_sisk@msnd.uscourts.gov**
**IF YOU HAVE ANY QUESTIONS**.