**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**CORR WIRELESS
COMMUNICATIONS, L.L.C.,
CELLULAR SOUTH, INC., and
CELLULAR SOUTH LICENSES, LLC**                      **PLAINTIFFS**

**V.**                      **CIVIL ACTION NO. 3:12CV036**

**AT&T, INC., AT&T MOBILITY LLC,
MOTOROLA SOLUTIONS, INC.,
QUALCOMM INCORPORATED, and
JOHN DOES 1-10**                      **DEFENDANTS**

## UNOPPOSED JOINT MOTION FOR LEAVE TO FILE ADDITIONAL PAGES

Defendants move the Court for leave to file additional pages in their separate original and rebuttal memorandum briefs in support of their separate motions to dismiss.

1. Pursuant to this Court's order, Defendants will file their separate motions to dismiss on or before May 23, 2012. See Order, ECF 56.

2. Uniform Local Rule 7(b)(5) states that the "[m]ovant's original and rebuttal memorandum briefs together may not exceed a total of thirty-five pages."

3. Due to the complexity of this case, each defendant requests an increase in this maximum number of pages to fifty pages.

4. Counsel for Defendants have conferred with counsel of Plaintiffs, and there is no objection to this motion.

5. Accordingly, Defendants jointly move this Court for leave to file up to fifty pages, each, in their original and rebuttal memorandum briefs in support of their separate motions to dismiss.

Dated, this the 14th day of May, 2012.

                              QUALCOMM INCORPORATED, Defendant

                              By:   /s/Margaret Sams Gratz
                                    L. F. SAMS, JR. (MSB #6426)
                                    OTIS R. TIMS (MSB #8221)
                                    MARGARET SAMS GRATZ  (MSB #99231)

OF COUNSEL

MITCHELL MCNUTT & SAMS, P.A
P. O. BOX 7120
TUPELO, MISSISSIPPI 38802-7120
TELEPHONE: (662) 842-3871
FACSIMILE: (662) 842-8450

CRAVATH, SWAINE & MOORE LLP
825 8TH AVENUE
NEW YORK, NEW YORK 10019
TELEPHONE: (212) 474-1072

-3-

**CERTIFICATE OF SERVICE**

I, Margaret Sams Gratz, one of the attorneys for Defendant, Qualcomm Incorporated, hereby certify that I have electronically filed the foregoing Joint Motion for Leave to File Additional Pages with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

*Attorneys for Plaintiffs*:

**Alan W. Perry**
**Daniel J. Mulholland**
**Water H. Boone**
Forman Perry Watkins Krutz & Tardy, LLP
City Centre, Suite 200
200 South Lamar Street
Jackson, MS 39201

**Charles L. McBride, Jr.**
**M. Patrick McDowell**
**Joseph A. Sclafani**
**Brian C. Kimball**
Brunini Grantham Grower & Hewes, PLLC
The Pinnacle Building, Suite 100
190 East Capitol Street
Jackson, MS 39201

**Walter T. Johnson**
Watkins & Eager, LLC
P. O. Box 650
Jackson, MS 39205

*Attorney for Defendants AT&T, Inc. and AT&T Mobility, LLC*

**Aaron M. Panner**
**Kenneth M. Fetterman**
**Michael K. Kellogg**
**William J. Rinner**
Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC
1615 M Street NW, Suite 400
Washington State, DC 20036

**David W. Upchurch**
Holland Ray Upchurch and Hillen
P. O. Drawer 409
Tupelo, MS  38802-0409

*Attorney for Defendant Motorola Solutions, Inc.*

**Chahira Solh**
**John S. Gibson**
Crowell & Moring, LLP
3 Park Plaza, 20th Floor
Irvine, CA  92614

**Jim Ming Greenlee**
**James D. Johnson**
Holcomb Dunbar – Oxford
Post Office Box 707
Oxford, MS 38655-0707

This the 14th day of May, 2012.

                                                   /s/Margaret Sams Gratz
                                                   Margaret Sams Gratz