**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**CORR WIRELESS
COMMUNICATIONS, L.L.C., ET AL**  　　　　　　　　　**PLAINTIFFS**

**v.**　　　　　　　　　　　　　　　　**CIVIL CASE NO. 3:12CV036-A-A**

**AT&T, INC., ET AL.**　　　　　　　　　　　　**DEFENDANTS**

**ORDER ADMITTING COUNSEL PRO HAC VICE**

The court has considered the amended motion to have attorney Jason C. Murray appear *pro hac vice* on behalf of the defendant Motorola Solutions, Inc. in this action. After reviewing the motion and the record, the court finds that the requirements of L.U.Civ.R. 83.1(d) have been met, and the motion should be granted, but only on condition that counsel pays the admission fee and registers to be served electronically with orders and notices from the court by no later than May 24, 2012. Counsel may register electronically by accessing the Attorney Registration site at www.msnd.uscourts.gov/ecf and completing the Online ECF Attorney Registration Form.

SO ORDERED, this, the 17th day of May, 2012.

　　　　　　　　　　　　　　　　　　/s/ S. Allan Alexander
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE