# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**CORR WIRELESS COMMUNICATIONS, L.L.C.**
**CELLULAR SOUTH, INC., AND**
**CELLULAR SOUTH LICENSES, LLC**                                               **PLAINTIFFS**

**vs.**                                                        **CIVIL ACTION NO. 3:12-cv-00036-SA-SAA**

**AT&T, INC., AT&T MOBILITY LLC,**
**MOTOROLA SOLUTIONS, INC., AND**
**QUALCOMM INCORPORATED**                                                 **DEFENDANTS**

## ORDER GRANTING MOTION FOR PERMISSION TO FILE COMMON
## MEMORANDUM BRIEF AND FOR OTHER RELIEF

On the unopposed motion for permission to file common memorandum brief and other relief of Plaintiffs Corr Wireless Communications, L.L.C.; Cellular South, Inc.; and Cellular South Licenses, LLC (collectively "Cellular South"), the Court orders as follows:

Cellular South is granted permission to file a common memorandum brief not exceeding 150 pages in response to the Motions To Dismiss filed by AT&T Mobility, LLC, Qualcomm, and Motorola, [Doc. # 65, 66, 67, 68, 70, 71 and 72].[1]

So ordered, this the _30th_ day of _____May_____, 2012.

                                                             ___/s/ Sharion Aycock_____
                                                             **UNITED STATES DISTRICT JUDGE**

---

[1] The Court notes that in Plaintiffs' unopposed motion, it states that "Qualcomm reserves the right to request [ ] additional pages *and time to respond* once Qualcomm sees Cellular South's brief." The Court hastens to make clear that the deadlines concerning the motions to dismiss **will be strictly followed**.