# CELLULAR SOUTH'S EXISTING SERVICE AREA



# EXHIBIT B