## CORR WIRELESS' EXISTING SERVICE AREA



## EXHIBIT C