# CELLULAR SOUTH'S 700 MHz
# LICENSE AREA



**EXHIBIT D**