# NORTHEAST MISSISSIPPI
# GEOGRAPHIC SUBMARKET



# EXHIBIT E