AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| | |
|---|---|
| Corr Wireless Communications, L.L.C., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:12-cv-00036-SA-SAA |
| AT&T, Inc., et al. ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Motorola Mobility, Inc.
CT Corporation System
645 Lakeland East Drive
Suite 101
Flowood, MS 39232

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Alan W. Perry, Forman Perry Watkins Krutz & Tardy LLP, City Centre Building, Suite 100, Jackson, Mississippi 39201; P.O. Box 22608, Jackson, Mississippi 39225-2608

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
CLERK OF COURT

Date: 6/11/12

*Signature of Clerk or Deputy Clerk*