### UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

## NOTICE OF LOCATION CHANGE

CORR WIRELESS COMMUNICATIONS, LLC, ET AL          PLAINTIFFS

VS.          CASE NO. 3:12CV36-SA-SAA

AT&T, INC., ET AL          DEFENDANTS

**TAKE NOTICE** that a proceeding in this case has been **RESET** for the place, date, and time set forth below:

**Place**
**UNITED STATES FEDERAL BUILDING**
**911 JACKSON AVENUE**
**OXFORD, MS**

**Room No.**
**COURTROOM 3E - THIRD FLOOR**
**TUESDAY, JULY 17, 2012 9:00 A.M.**
_____
**Date and Time**

**Type of Proceeding**

## HEARING ON MOTIONS TO DISMISS
## BEFORE UNITED STATES DISTRICT JUDGE SHARION AYCOCK

DAVID CREWS, Clerk of Court

BY: /s/ Ginger Sisk
      Ginger Sisk - Courtroom Deputy

Date: June 13, 2012

To:
- Alan Walter Perry (electronic notice only)
- Charles Louis McBride, Jr. (electronic notice only)
- Joseph Anthony Sclafani (electronic notice only)
- Walter H. Boone (electronic notice only)
- David Walker Upchurch (electronic notice only)
- James D. Johnson (electronic notice only)
- Margaret Sams Gratz (electronic notice only)
- Brian Craig Kimball (electronic notice only)
- Daniel J. Mulholland (electronic notice only)
- Martin Patrick McDowell (electronic notice only)
- Walter T. Johnson (electronic notice only)
- Jim Ming Greenlee (electronic notice only)
- L.F. Sams, Jr. (electronic notice only)
- Otis R. Tims (electronic notice only)

**CONTACT GINGER SISK AT 662-369-2628 or ginger_sisk@msnd.uscourts.gov**
**IF YOU HAVE ANY QUESTIONS**.