## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

CORR WIRELESS COMMUNICATIONS, L.L.C.
CELLULAR SOUTH, INC., AND
CELLULAR SOUTH LICENSES, LLC                                   **PLAINTIFFS**

**vs.**                                    **CIVIL ACTION NO. 3:12-cv-00036-SA-SAA**

AT&T, INC., AT&T MOBILITY LLC,
MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, INC., AND
QUALCOMM INCORPORATED                                          **DEFENDANTS**

### RESPONSE OF CELLULAR SOUTH PLAINTIFFS
### IN OPPOSITION TO AT&T MOBILITY'S MOTION TO DISMISS

Plaintiffs Corr Wireless Communications, L.L.C.; Cellular South, Inc.; and Cellular

South Licenses, LLC (collectively "Cellular South") submit this Response in Opposition to the

Motion of AT&T Mobility LLC to Dismiss [Doc. # 65], and request that the Motion be denied in

its entirety.  In support, Cellular South relies on the First Amended and Supplemental Complaint

for Injunctive Relief and Damages [Doc. # 75] and the exhibits thereto, the arguments and

authorities set forth in Cellular South's Combined Memorandum Brief in Response to

Defendants' Motions to Dismiss filed on this date, and argument to be heard on July 17, 2012.

Specifically in response to the Defendants' primary jurisdiction arguments, Cellular South also

relies on the materials filed as exhibits to the Defendants' Motions to Dismiss and the materials

filed on this date as Exhibits A through H to Cellular South's Response in Opposition to

Qualcomm's Motion to Dismiss.

ACCORDINGLY, Cellular South requests that the Court deny the Motion of AT&T

Mobility LLC to Dismiss [Doc. # 65] in its entirety.

01380239

June 13, 2012.                    Respectfully submitted,


                                  s/ Walter H. Boone
                                  Alan W. Perry, MSB #4127
                                  Daniel J. Mulholland, MSB #3643
                                  Walter H. Boone, MSB #8651
                                  FORMAN PERRY WATKINS KRUTZ & TARDY LLP
                                  City Centre, Suite 200
                                  200 South Lamar Street
                                  Jackson, Mississippi 39201
                                  Tel.: 601-969-7833
                                  Fax: 601-960-8613
                                  aperry@fpwk.com

                                  Charles L. McBride, Jr., MSB #8995
                                  M. Patrick McDowell, MSB # 9746
                                  Joseph A. Sclafani, MSB #99670
                                  Brian C. Kimball, MSB #100787
                                  BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
                                  The Pinnacle Building, Suite 100
                                  190 East Capitol Street
                                  Jackson, Mississippi 39201
                                  Tel.: 601-960-6891
                                  Fax: 601-960-6902
                                  cmcbride@brunini.com

                                  Walter T. Johnson, MSB#8712
                                  WATKINS & EAGER PLLC
                                  400 East Capitol Street, Suite 300 (39201)
                                  P. O. Box 650
                                  Jackson, MS 39205
                                  Phone: 601-965-1900
                                  Fax: 601- 965-1901
                                  wjohnson@watkinseager.com

                                  *Counsel for Plaintiffs Cellular South, Inc.,*
                                  *Corr Wireless Communications, L.L.C. and*
                                  *Cellular South Licenses, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the

Court using the ECF system which sent notification of such filing to the following:

**_Attorneys for Defendants AT&T Mobility LLC, and AT&T, Inc._**

David W. Upchurch
Holland Ray Upchurch and Hillen
P.O. Drawer 409
Tupelo, MS 38802-0409
dwu@hruhpa.com

Michael K. Kellogg (PHV)
William J. Rinner (PHV)
Kenneth M. Fetterman (PHV)
Aaron M. Panner (PHV)
Kellogg, Huber, Hansen, Todd, Evans & Figel P.L.L.C.
1615 M. Street NW, Suite 400
Washington, D.C. 20036
mkellogg@khhte.com
wrinner@khhte.com
kfetterman@khhte.com
apanner@khhte.com

**_Attorneys for Defendant Qualcomm Incorporated_**

Sandy Sams
Margaret Sams Gratz
Otis R. Tims
Mitchell McNutt & Sams, P.A.
P.O. Box 7120
Tupelo, MS 38802
ssams@mitchellmcnutt.com
mgratz@mitchellmcnutt.com
otims@mitchellmcnutt.com

Yonatan Even (PHV)
Roger G. Brooks (PHV)
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 8th Avenue
New York, New York 10019

yeven@cravath.com
rgbrooks@cravath.com

***Attorneys for Defendant Motorola Mobility, Inc.***

Jim M. Greenlee
James D. Johnson
Holcomb, Dunbar, Watts, Best, Masters & Golmon
400 S. Lamar, Ste. A
P.O. Drawer 707
Oxford, MS 38655
jgreenlee@holcombdunbar.com
jdjohnson@holcombdunbar.com

John S. Gibson (PHV)
Chahira Solh (PHV)
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
jgibson@crowell.com
csolh@crowell.com

Jason C. Murray (PHV)
Crowell & Moring LLP
515 South Flower Street, 40th Floor
Los Angeles, CA  90071
jmurray@crowell.com

THIS, the 13th day of June, 2012.


   s/ Walter H. Boone