**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

| | |
|---|---|
| CORR WIRELESS COMMUNICATIONS, L.L.C. CELLULAR SOUTH, INC., AND CELLULAR SOUTH LICENSES, LLC | PLAINTIFFS |
| vs. | CIVIL ACTION NO. 3:12-cv-00036-SA-SAA |
| AT&T, INC., AT&T MOBILITY LLC, MOTOROLA SOLUTIONS, INC., MOTOROLA MOBILITY, INC., AND QUALCOMM INCORPORATED | DEFENDANTS |

**RESPONSE OF CELLULAR SOUTH PLAINTIFFS IN OPPOSITION
TO MOTOROLA MOBILITY, INC.'S MOTION TO DISMISS**

Plaintiffs Corr Wireless Communications, L.L.C.; Cellular South, Inc.; and Cellular South Licenses, LLC (collectively "Cellular South") submit this Response in Opposition to the Motion of Motorola Mobility, Inc. to Dismiss [Doc. # 70], and request that the Motion be denied in its entirety. In support, Cellular South relies on the First Amended and Supplemental Complaint for Injunctive Relief and Damages [Doc. # 75] and the exhibits thereto, the arguments and authorities set forth in Cellular South's Combined Memorandum Brief in Response to Defendants' Motions to Dismiss filed on this date, and argument to be heard on July 17, 2012. Specifically in response to the Defendants' primary jurisdiction arguments, Cellular South also relies on the materials filed as exhibits to the Defendants' Motions to Dismiss and the materials filed on this date as Exhibits A through H to Cellular South's Response in Opposition to Qualcomm's Motion to Dismiss.

ACCORDINGLY, Cellular South requests that the Court deny the Motion of Motorola Mobility, Inc. to Dismiss [Doc. # 70] in its entirety.

01380240

June 13, 2012.   Respectfully submitted,

        s/ Walter H. Boone
        Alan W. Perry, MSB #4127
        Daniel J. Mulholland, MSB #3643
        Walter H. Boone, MSB #8651
        FORMAN PERRY WATKINS KRUTZ & TARDY LLP
        City Centre, Suite 200
        200 South Lamar Street
        Jackson, Mississippi 39201
        Tel.: 601-969-7833
        Fax: 601-960-8613
        aperry@fpwk.com

        Charles L. McBride, Jr., MSB #8995
        M. Patrick McDowell, MSB # 9746
        Joseph A. Sclafani, MSB #99670
        Brian C. Kimball, MSB #100787
        BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
        The Pinnacle Building, Suite 100
        190 East Capitol Street
        Jackson, Mississippi 39201
        Tel.: 601-960-6891
        Fax: 601-960-6902
        cmcbride@brunini.com

        Walter T. Johnson, MSB#8712
        WATKINS & EAGER PLLC
        400 East Capitol Street, Suite 300 (39201)
        P. O. Box 650
        Jackson, MS 39205
        Phone: 601-965-1900
        Fax: 601- 965-1901
        wjohnson@watkinseager.com

        *Counsel for Plaintiffs Cellular South, Inc.,*
        *Corr Wireless Communications, L.L.C. and*
        *Cellular South Licenses, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

***Attorneys for Defendants AT&T Mobility LLC, and AT&T, Inc.***

David W. Upchurch
Holland Ray Upchurch and Hillen
P.O. Drawer 409
Tupelo, MS 38802-0409
dwu@hruhpa.com

Michael K. Kellogg (PHV)
William J. Rinner (PHV)
Kenneth M. Fetterman (PHV)
Aaron M. Panner (PHV)
Kellogg, Huber, Hansen, Todd, Evans & Figel P.L.L.C.
1615 M. Street NW, Suite 400
Washington, D.C. 20036
mkellogg@khhte.com
wrinner@khhte.com
kfetterman@khhte.com
apanner@khhte.com

***Attorneys for Defendant Qualcomm Incorporated***

Sandy Sams
Margaret Sams Gratz
Otis R. Tims
Mitchell McNutt & Sams, P.A.
P.O. Box 7120
Tupelo, MS 38802
ssams@mitchellmcnutt.com
mgratz@mitchellmcnutt.com
otims@mitchellmcnutt.com

Yonatan Even (PHV)
Roger G. Brooks (PHV)
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 8th Avenue
New York, New York 10019

yeven@cravath.com
rgbrooks@cravath.com

*<u>Attorneys for Defendant Motorola Mobility, Inc.</u>*

Jim M. Greenlee
James D. Johnson
Holcomb, Dunbar, Watts, Best, Masters & Golmon
400 S. Lamar, Ste. A
P.O. Drawer 707
Oxford, MS 38655
jgreenlee@holcombdunbar.com
jdjohnson@holcombdunbar.com

John S. Gibson (PHV)
Chahira Solh (PHV)
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
jgibson@crowell.com
csolh@crowell.com

Jason C. Murray (PHV)
Crowell & Moring LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
jmurray@crowell.com

THIS, the 13th day of June, 2012.

                                                      s/ Walter H. Boone