# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| CORR WIRELESS COMMUNICATIONS, L.L.C., CELLULAR SOUTH, INC., AND CELLULAR SOUTH LICENSES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AT&T, INC., AT&T MOBILITY LLC, MOTOROLA SOLUTIONS, INC., AND QUALCOMM INCORPORATED, <br><br> Defendants. | No. 3:12-cv-036-SA-SAA |

## ORDER REGARDING PENDING
## MOTIONS TO DISMISS AND RELATED MATTERS

The Court is advised that, subject to the Court's approval, the parties have reached certain agreements concerning the pending Motions to Dismiss of the Defendants and related matters.

IT IS THEREFORE ORDERED that:

(1) Motorola Mobility, Inc.'s Motion to Dismiss [Doc 70-71] shall apply to the First Amended and Supplemental Complaint for Injunctive Relief and Damages [Doc. 75].

(2) Motorola Mobility, Inc. and Motorola Solutions, Inc. shall each be deemed moving parties on the pending Motions to Dismiss [Docs. 70 – 71].

(3) Motorola Solutions, Inc. does not waive any right which it has to file a substantive motion arguing that it is not the real party in interest.

(4) Motorola Mobility, Inc. and Motorola Solutions, Inc. used only 23 of their allowed 50 pages in briefing their Motions to Dismiss and they have are allowed up to 27

pages for their rebuttal memorandum brief to the Plaintiff's Response to their Motions to Dismiss [Docs. 83-84].

(5) AT&T, Inc.'s Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(2) [Doc. 61] and AT&T Mobility LLC's Motion to Dismiss for failure to state a claim pursuant to Fed. R. Civ P. 12(b)(6) or, in the alternative, pursuant to the doctrine of primary jurisdiction [Doc. 65] shall apply to the First Amended and Supplemental Complaint for Injunctive Relief and Damages [Doc. 75].

(6) The Motion of Qualcomm Incorporated to Dismiss Plaintiffs' Complaint [Doc. 67] shall apply to the First Amended and Supplemental Complaint for Injunctive Relief and Damages [Doc 75].

(7) AT&T, Inc., AT&T Mobility LLC and Qualcomm Incorporated shall each be allowed 25 pages for their replies to the Plaintiff's Response to their Motions to Dismiss [Docs. 81, 82 and 84].

ORDERED this the ___22nd____ day of _____June_____, 2012.


_____/s/ Sharion Aycock_____
UNITED STATES DISTRICT JUDGE