# Exhibit N

**PRESS ROOM**

- 2012 Press Releases

## Company News

### U.S. CELLULAR CUSTOMERS GETTING THE SAMSUNG GALAXY S III IN JULY

Online presales begin June 12

**CHICAGO (June 4, 2012)** – U.S. Cellular (NYSE: USM) and Samsung Telecommunications America (Samsung Mobile), the No. 1 mobile phone provider in the U.S. and the No. 1 smartphone provider worldwide[1], have announced that the 4G LTE™ Samsung Galaxy S® III will be available for customers to preorder on June 12 and will be in stores and online in July. Customers will have the option to prepay for the device beginning June 12 and sign up for updates on June 5 at uscellular.com/gs3. The Galaxy S III smartphone will be offered in a 16 GB version in Marble White and Pebble Blue and a 32 GB version in Marble White. Pricing will be available when the presale begins on June 12.

Customers who purchase the Samsung Galaxy S III from U.S. Cellular receive benefits no one else offers, including new devices faster without resigning contracts, free Battery Swap and the only points-based rewards program in the industry.

"We're eager to get this iconic smartphone into the hands of our customers so they can experience the 4G LTE network on a powerful device with lots of new, unique and cool features," said Edward Perez, vice president of sales and marketing operations for U.S. Cellular. "Whether you are a first-time smartphone buyer or a seasoned user, the Galaxy S III makes it easy to stay connected to the people and information that are important to you."

The Galaxy S III is a cutting-edge device designed to enhance your life and make it easier to do the things you need your phone to do, such as messaging, taking pictures, multimedia activities and sharing information. Using revolutionary technology, it's capable of doing things never seen before with other smartphones. With Share Shot, there is no longer a need to email or download photos. Photos taken can be immediately shared with up to 5 others by synching devices. Photos, calendars, documents and video can be shared simply with S Beam by touching Galaxy S III phones together. The large screen with Trace technology makes text messaging a breeze by swiping between letters instead of typing, and the eight megapixel camera means you can leave your point-and-shoot camera at home.

**Highlighted features:**

- Pop Up Play: picture-in-picture video capability that enables multi-tasking with other applications such as email
- S Voice: voice control capabilities for applications and the device including taking pictures by saying "cheese," turn the music player up or down, accept or reject calls and to "snooze" an alarm
- Smart Stay: Intelligent display with eye tracking to ensure the phone stays on when in use
- Android™ 4.0 (Ice Cream Sandwich) with TouchWiz enhancements
- Advanced 1.5 GHz dual-core processor and 2 GB of RAM

U.S. Cellular, in partnership with King Street Wireless, currently offers 4G LTE service in select cities in Iowa, Maine, North Carolina, Oklahoma, Texas and Wisconsin. In the second half of this year, 4G LTE coverage will expand to cover select cities in Illinois, Maryland, Missouri, New Hampshire, Oregon, Tennessee, Vermont, Virginia, Washington and West Virginia. By the end of 2012, 54 percent of U.S. Cellular customers will enjoy faster 4G LTE speeds. For more information about the 4G LTE experience, visit uscellular.com/4G.

*LTE is a trademark of ETSI. Android is a trademark of Google Inc.*

[1]Samsung is the No. 1 mobile phone provider in the United States and the No. 1 smartphone provider worldwide according to Strategy Analytics, Q1 2012 U.S. Market Share Handset Shipment and Global Smartphone Shipment Reports.

**About King Street Wireless, L.P.**
King Street Wireless, L.P. currently holds 700 MHz wireless spectrum in 27 states and is partnering with Chicago-based U.S. Cellular to deliver high-speed 4G LTE service to U.S. Cellular's customers in several of the carrier's markets. King Street Wireless is headquartered in Alexandria, Virginia where it is recognized for its involvement in its community both through its economic development and philanthropic efforts. To learn more about King Street Wireless, visit www.kingstreetwireless.com

**About Samsung Telecommunications America**

Samsung Telecommunications America, LLC, a Dallas-based subsidiary of Samsung Electronics Co., Ltd., researches, develops and markets wireless handsets and telecommunications products throughout North America. For more information, please visit www.samsungwireless.com.

**About Samsung Electronics Co., Ltd.**

Samsung Electronics Co., Ltd. is a global leader in semiconductor, telecommunication, digital media and digital convergence technologies with 2011 consolidated sales of US$143.1 billion. Employing approximately 206,000 people in 197 offices across 72 countries, the company operates two separate organizations to coordinate its nine independent business units: Digital Media & Communications, comprising Visual Display, Mobile Communications, Telecommunication Systems, Digital Appliances, IT Solutions, and Digital Imaging; and Device Solutions, consisting of Memory, System LSI and LCD. Recognized for its industry-leading performance across a range of economic, environmental and social criteria, Samsung Electronics was named the world's most sustainable technology company in the 2011 Dow Jones Sustainability Index. For more information, please visit www.samsung.com.

**About U.S. Cellular**

U.S. Cellular rewards its customers with unmatched benefits and industry-leading innovations designed to elevate the customer experience. The Chicago-based carrier has a strong line-up of cutting-edge devices that are all backed by its high-speed nationwide network that has the highest call quality of any national carrier. Currently, 25 percent of customers have access to 4G LTE speeds and 54 percent will have access by the end of 2012. U.S. Cellular was named a J.D. Power and Associates Customer Service Champion in 2012 for the second year in a row.To learn more about U.S. Cellular, visit one of its retail stores or uscellular.com. To get the latest news, promos and videos, connect with U.S. Cellular on Facebook.com/uscellular, Twitter.com/uscellular and YouTube.com/uscellularcorp.

For more information, contact:
Katie Frey, U.S. Cellular
773-317-0002
Katie.frey@uscellular.com