FORM 6 (ND/SD MISS. DEC. 2011)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

CORR WIRELESS
COMMUNICATIONS, L.L.C.,
et al.             Plaintiff

v.

AT&T, INC., et al.

CIVIL ACTION
No. 3:12-cv-00036-SA-SAA

Defendant

## APPLICATION FOR ADMISSION PRO HAC VICE

**(A)** Name:     Carrie R. Bierman

      Firm Name:     Cravath, Swaine & Moore LLP

      Office Address: Worldwide Plaza
                           825 Eighth Avenue
      City: New York    State: NY    Zip: 10019
      Telephone: (212) 474-1000    Fax: (212) 474-3700
      E-Mail: cbierman@cravath.com

**(B)** Client(s):     Qualcomm, Inc.

      Address: 5775 Morehouse Drive

      City: San Diego    State: CA    Zip: 92121
      Telephone: (858) 587-1121    Fax: (858) 658-2100

FORM 6 (ND/SD MISS. DEC. 2011)

The following information is optional:

Has Applicant had a prior or continuing representation in other matters of one or more of the clients Applicant proposes to represent and is there a relationship between those other matter(s) and the proceeding for which Applicant seeks admission?

Does Applicant have any special experience, expertise, or other factor that Applicant believes makes it particularly desirable that Applicant be permitted to represent the client(s) Applicant proposes to represent in this case?

(C) Applicant is admitted to practice in the:

| ✓ | State of New York |
|---|---|
|   | District of Columbia |

and is currently in good standing with that Court. A certificate to that effect, issued within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

New York Appellate Division, First Department
27 Madison Avenue
New York, NY 10010
Ph: (212) 340-0400 / Web: www.courts.state.ny.us/courts/ad1/

All other courts before which Applicant has been admitted to practice:

| Jurisdiction | Period of Admission |
|---|---|
| (1) U.S. District Court for the Southern District of New York; | (1) 12/7/2010 to present; |
| (2) U.S. District Court for the Eastern District of New York | (2) 12/7/2010 to present |

FORM 6 (ND/SD MISS. DEC. 2011)

| | | Yes | No |
|---|---|---|---|
| **(D)** | Has Applicant been denied admission pro hac vice in this state? | ☐ | ☑ |
| | Has Applicant had admission pro hac vice revoked in this state? | ☐ | ☑ |
| | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ☐ | ☑ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

| | | Yes | No |
|---|---|---|---|
| **(E)** | Has any formal, written disciplinary proceeding ever been brought against Applicant by a disciplinary authority in any other jurisdiction within the last five years? | ☐ | ☑ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

| | | Yes | No |
|---|---|---|---|
| **(F)** | Has Applicant been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ☐ | ☑ |

FORM 6 (ND/SD MISS. DEC. 2011)

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G) Please identify each proceeding in which Applicant has filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| N/A | | |

(H) Please identify each case in which Applicant has appeared as counsel pro hac vice in this state within the immediately preceding twelve months, is presently appearing as counsel pro hac vice, or has pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| N/A | |

FORM 6 (ND/SD MISS. DEC. 2011)

|     |     | Yes | No |
| --- | --- | --- | --- |
| (I) | Has Applicant read and become familiar with all of the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | ☑ | ☐ |
|     | Has Applicant read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | ☑ | ☐ |

(J) Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar No: Margaret Sams Gratz (MSB # 99231)

Firm Name: Mitchell, McNutt & Sams, P.A.

Office Address: 105 South Front Street
P.O. Box 7120

City: Tupelo  State: MS  Zip: 38802-7120
Telephone: (662) 842-3871  Fax: (662) 842-8450
E-Mail: mgratz@mitchellmcnutt.com

(K) The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

7/9/12
Date

_____
Applicant's Signature

**Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.**

FORM 6 (ND/SD MISS. DEC. 2011)

## CERTIFICATE OF SERVICE

The undersigned Applicant certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the 9th day of July, 2012.

_____
Applicant

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## CARRIE RACHEL BIERMAN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **February 22, 2010**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on
**April 17, 2012**

_____
Clerk of the Court

1176