UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

## CIVIL MINUTES

**Case No.** 3:12CV36-SA     **Place Held:** OXFORD, MISSISSIPPI

**Style:** CORR WIRELESS COMMUNICATIONS, LLC, ET AL VS AT&T, ET AL

**Date & Time Began:** 7/17/12, 9:05 A.M.

**Date & Time Ended:** 7/17/12, 5:00 P.M.

**Total Time:** 5 hrs 50 mins

**PRESENT:**

**HONORABLE SHARION AYCOCK, JUDGE**

Ginger Sisk                                             Phyllis McLarty
Courtroom Deputy Clerk                     Official Court Reporter

**Attorneys for Plaintiffs:**                **Attorneys for Defendants:**
Alan Perry                                            David Upchurch
Daniel Mulholland                              Michael Kellogg
Walter Boone                                       Jim Greenlee
Chuck McBride                                    Chahira Solh
Patrick McDowell                                John Gibson
Walter Johnson                                   Sandy Sams
                                                              Margaret Gratz
                                                              Roger Brooks
                                                              Yonatan Even

**PROCEEDINGS:** Hearing on Motions to Dismiss.

**DOCKET ENTRY:** Court held hearing; Taken under advisement.

**DAVID CREWS, CLERK**

By: /s/ Ginger Sisk
Ginger Sisk, Courtroom Deputy