UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

Corr Wireless Communications, LLC, et al          PLAINTIFF

versus          CIVIL ACTION NO.3:12cv036-SA-SAA

AT&T, Inc., et al          DEFENDANT

**CLERK'S ORDER TO SHOW CAUSE**

By Standing Order entered October 1, 2005, the judges of the United States District Court for the Northern District of Mississippi directed that effective January 1, 2006, all cases, motions, memoranda of law, and other pleadings filed with the court be filed through the court's Electronic Case Filing (ECF) System.

It appears from the court's electronic case files that Carrie R. Bierman, counsel of record for Defendant, has failed to conform with or abide the court's order mandating electronic case filings and servings.

ORDERED, Carrie R. Bierman is granted twenty (20) days to either register for the court's ECF System or to show cause, if any he/she can, why he/she should not be required to register for the court's ECF System and thereafter to file and serve all pleadings and other case-related documents electronically.

FURTHER ORDERED, if Carrie R. Bierman fails to register or to show cause, or if the showing is deemed insufficient to justify an exception to the court's order mandating use of the ECF system, then Carrie R. Bierman shall be prohibited from filing and serving pleadings and other case-related documents in this civil action.

ORDERED, this 3rd day of August, 2012.

         David Crews, Clerk of Court

         /s/ J. Mauney
         Deputy Clerk/Case Manager