**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**CORR WIRELESS COMMUNICATIONS, L.L.C.,
CELLULAR SOUTH, INC., and CELLULAR
SOUTH LICENSES, LLC**                                          **PLAINTIFFS**

**VS.**                                        **CIVIL ACTION NO. 3:12-cv-00036-SA-SAA**

**AT&T, INC., AT&T MOBILITY LLC,
MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, INC., AND
QUALCOMM INCORPORATED**                                   **DEFENDANTS**

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs Corr Wireless Communications, L.L.C.; Cellular South, Inc.; and Cellular South Licenses, LLC (collectively "Cellular South") hereby notify the Court of the following supplemental authority pertinent to Cellular South's response to the pending motions to dismiss: *TruePosition, Inc. v. LM Ericsson Tel. Co., et al.*, No. 11-4574 (E.D. Pa. Aug. 21, 2012)(memorandum opinion denying joint motion to dismiss). A copy of the August 21, 2012 *Trueposition* memorandum opinion denying the joint motion to dismiss filed by Qualcomm Incorporated and others is attached as Exhibit 1.

August 22, 2012.                       Respectfully submitted,

                                              s/ Walter H. Boone
                                              Alan W. Perry, MSB #4127
                                              Daniel J. Mulholland, MSB #3643
                                              Walter H. Boone, MSB #8651
                                              FORMAN PERRY WATKINS KRUTZ & TARDY LLP
                                              City Centre, Suite 200
                                              200 South Lamar Street

Jackson, Mississippi 39201
Tel.: 601-969-7833
Fax: 601-960-8613
aperry@fpwk.com

Charles L. McBride, Jr., MSB #8995
M. Patrick McDowell, MSB # 9746
Joseph A. Sclafani, MSB #99670
Brian C. Kimball, MSB #100787
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
The Pinnacle Building, Suite 100
190 East Capitol Street
Jackson, Mississippi 39201
Tel.: 601-960-6891
Fax: 601-960-6902
cmcbride@brunini.com

Walter T. Johnson, MSB#8712
WATKINS & EAGER PLLC
400 East Capitol Street, Suite 300 (39201)
P. O. Box 650
Jackson, MS 39205
Phone: 601-965-1900
Fax: 601- 965-1901
wjohnson@watkinseager.com

*Counsel for Plaintiffs Cellular South, Inc.,
Corr Wireless Communications, L.L.C. and
Cellular South Licenses, LLC*

Page 2

\\ms01fp01\docs\13th\doc\40896- cellularsouth\602137-att&verizon\pleadings\word and pdfs\word docs\cs notice of supplemental authority 08.22.12.docx

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

***Attorneys for Defendants AT&T Mobility LLC, and AT&T, Inc.***

David W. Upchurch
Holland Ray Upchurch and Hillen
P.O. Drawer 409
Tupelo, MS 38802-0409
dwu@hruhpa.com


Michael K. Kellogg (PHV)
William J. Rinner (PHV)
Kenneth M. Fetterman (PHV)
Aaron M. Panner (PHV)
Kellogg, Huber, Hansen, Todd, Evans & Figel P.L.L.C.
1615 M. Street NW, Suite 400
Washington, D.C. 20036
mkellogg@khhte.com
wrinner@khhte.com
kfetterman@khhte.com
apanner@khhte.com

***Attorneys for Defendant Qualcomm Incorporated***

Sandy Sams
Margaret Sams Gratz
Otis R. Tims
Mitchell McNutt & Sams, P.A.
P.O. Box 7120
Tupelo, MS 38802
ssams@mitchellmcnutt.com
mgratz@mitchellmcnutt.com
otims@mitchellmcnutt.com

Yonatan Even (PHV)
Roger G. Brooks (PHV)
Carrie R. Bierman (PHV)
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 8th Avenue
New York, New York 10019

Page 3

\\ms01fp01\docs\13th\doc\40896- cellularsouth\602137-att&verizon\pleadings\word and pdfs\word docs\cs notice of supplemental authority 08.22.12.docx

yeven@cravath.com
rgbrooks@cravath.com
cbierman@cravath.com

***Attorneys for Defendant Motorola Mobility, Inc.***

Jim M. Greenlee
James D. Johnson
Holcomb, Dunbar, Watts, Best, Masters & Golmon
400 S. Lamar, Ste. A
P.O. Drawer 707
Oxford, MS 38655
jgreenlee@holcombdunbar.com
jdjohnson@holcombdunbar.com

John S. Gibson (PHV)
Chahira Solh (PHV)
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
jgibson@crowell.com
csolh@crowell.com

Jason C. Murray (PHV)
Crowell & Moring LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
jmurray@crowell.com

THIS, the 22th day of August, 2012.

                                                                s/ Walter H. Boone

Page 4

\\ms01fp01\docs\13th\doc\40896- cellularsouth\602137-att&verizon\pleadings\word and pdfs\word docs\cs notice of supplemental authority 08.22.12.docx