UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CORR WIRELESS
COMMUNICATIONS, L.L.C.,
CELLULAR SOUTH, INC., and
CELLULAR SOUTH LICENSES, LLC                                                                    PLAINTIFFS

v.                                                                                                             CIVIL ACTION NO. 3:12CV036- SA

AT&T, INC., AT&T MOBILITY LLC,
MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, INC.,
QUALCOMM INCORPORATED, and
JOHN DOES 1-10                                                                                           DEFENDANTS

<u>ORDER</u>

For the reasons set forth in a Memorandum Opinion issued this day,

(1) Motion to Dismiss for Failure to State a Claim or, in the alternative, Pursuant to the Doctrine of Primary Jurisdiction by AT&T Mobility LLC [65] is GRANTED IN PART and MOOT IN PART;

(2) Motion to Dismiss for Failure to State a Claim or, in the alternative, Pursuant to the Doctrine of Primary Jurisdiction [67] by Qualcomm Incorporated is GRANTED IN PART and MOOT IN PART; and

(3) Motion to Dismiss for Failure to State a Claim [70] filed by Motorola Solutions, Inc., is GRANTED.

AT&T Mobility, LLC, Motorola Solutions, Inc., and Qualcomm Incorporated, are hereby

DISMISSED as party defendants in this case.

SO ORDERED, this the 31st day of August, 2012.

                                                   **/s/ Sharion Aycock**
                                                   **U.S. DISTRICT JUDGE**