UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CORR WIRELESS
COMMUNICATIONS, L.L.C.,
CELLULAR SOUTH, INC., and
CELLULAR SOUTH LICENSES, LLC                                    PLAINTIFFS

v.                                               CIVIL ACTION NO. 3:12CV036- SA

AT&T, INC., AT&T MOBILITY LLC,
MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, INC.,
QUALCOMM INCORPORATED, and
JOHN DOES 1-10                                                  DEFENDANTS

## AMENDED ORDER

For the reasons set forth in a Memorandum Opinion issued this day,

(1) Motion to Dismiss for Failure to State a Claim or, in the alternative, Pursuant to the Doctrine of Primary Jurisdiction by AT&T Mobility LLC [65] is GRANTED IN PART and MOOT IN PART;

(2) Motion to Dismiss for Failure to State a Claim or, in the alternative, Pursuant to the Doctrine of Primary Jurisdiction [67] by Qualcomm Incorporated is GRANTED IN PART and MOOT IN PART;  and

(3) Motion to Dismiss for Failure to State a Claim [70] filed by Motorola Solutions, Inc., is GRANTED.

AT&T Mobility, LLC, Motorola Solutions, Inc., Motorola Mobility, Inc.,[1] and

Qualcomm Incorporated, are hereby DISMISSED as party defendants in this case.

SO ORDERED, this the 31st day of August, 2012.

                                             /s/ Sharion Aycock
                                             **U.S. DISTRICT JUDGE**

---

[1] Pursuant to the Order Regarding Pending Motions to Dismiss and Related Matters [85], Motorola Mobility, Inc., was deemed a moving party on Motorola Solutions, Inc.'s Motion to Dismiss.