**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

CORR WIRELESS COMMUNICATIONS, L.L.C.,
CELLULAR SOUTH, INC., and CELLULAR
SOUTH LICENSES, LLC                                                                    PLAINTIFFS

VS.                                             CIVIL ACTION NO. 3:12-cv-00036-SA-SAA

AT&T, INC., AT&T MOBILITY LLC,
MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, INC., AND
QUALCOMM INCORPORATED                                                                  DEFENDANTS

**MOTION FOR TIME TO FILE A MOTION TO AMEND COMPLAINT**

This Court dismissed the Complaint filed in this case on August 31, 2012. No final judgment has been entered.

As the Court is fully aware, this litigation is a complicated matter. The Plaintiffs are in the process of considering and preparing a Motion to Amend the Complaint in light of the Court's ruling of August 31, 2012.

Accordingly, the Plaintiffs move that the Court withhold entry of a final judgment until September 30, 2012 to allow the Plaintiffs to file a Motion to Amend the Complaint.

September 10, 2012.                     Respectfully submitted,

                                        s/ Walter H. Boone
                                        Alan W. Perry, MSB #4127
                                        Daniel J. Mulholland, MSB #3643
                                        Walter H. Boone, MSB #8651
                                        FORMAN PERRY WATKINS KRUTZ & TARDY LLP
                                        City Centre, Suite 200
                                        200 South Lamar Street
                                        Jackson, Mississippi 39201
                                        Tel.: 601-969-7833

Fax: 601-960-8613
aperry@fpwk.com

Charles L. McBride, Jr., MSB #8995
M. Patrick McDowell, MSB # 9746
Joseph A. Sclafani, MSB #99670
Brian C. Kimball, MSB #100787
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
The Pinnacle Building, Suite 100
190 East Capitol Street
Jackson, Mississippi 39201
Tel.: 601-960-6891
Fax: 601-960-6902
cmcbride@brunini.com

Walter T. Johnson, MSB#8712
WATKINS & EAGER PLLC
400 East Capitol Street, Suite 300 (39201)
P. O. Box 650
Jackson, MS 39205
Phone: 601-965-1900
Fax: 601- 965-1901
wjohnson@watkinseager.com

*Counsel for Plaintiffs Cellular South, Inc.,
Corr Wireless Communications, L.L.C. and
Cellular South Licenses, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

***Attorneys for Defendants AT&T Mobility LLC, and AT&T, Inc.***

David W. Upchurch
Holland Ray Upchurch and Hillen
P.O. Drawer 409
Tupelo, MS 38802-0409
dwu@hruhpa.com

Michael K. Kellogg (PHV)
William J. Rinner (PHV)
Kenneth M. Fetterman (PHV)
Aaron M. Panner (PHV)
Kellogg, Huber, Hansen, Todd, Evans & Figel P.L.L.C.
1615 M. Street NW, Suite 400
Washington, D.C. 20036
mkellogg@khhte.com
wrinner@khhte.com
kfetterman@khhte.com
apanner@khhte.com

### *Attorneys for Defendant Qualcomm Incorporated*

Sandy Sams
Margaret Sams Gratz
Otis R. Tims
Mitchell McNutt & Sams, P.A.
P.O. Box 7120
Tupelo, MS 38802
ssams@mitchellmcnutt.com
mgratz@mitchellmcnutt.com
otims@mitchellmcnutt.com

Yonatan Even (PHV)
Roger G. Brooks (PHV)
Carrie R. Bierman (PHV)
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 8th Avenue
New York, New York 10019
yeven@cravath.com
rgbrooks@cravath.com
cbierman@cravath.com

### *Attorneys for Defendant Motorola Mobility, Inc.*

Jim M. Greenlee
James D. Johnson
Holcomb, Dunbar, Watts, Best, Masters & Golmon
400 S. Lamar, Ste. A
P.O. Drawer 707
Oxford, MS 38655
jgreenlee@holcombdunbar.com
jdjohnson@holcombdunbar.com

John S. Gibson (PHV)
Chahira Solh (PHV)
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
jgibson@crowell.com
csolh@crowell.com

Jason C. Murray (PHV)
Crowell & Moring LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
jmurray@crowell.com

THIS, the 10th day of September, 2012.

                                            s/ Walter H. Boone

Page 4

\\ms01fp01\docs\13th\doc\40896- cellularsouth\602137-att&verizon\pleadings\word and pdfs\word docs\cs motion for time to file a motion to amend complaint 09.10.12.docx