**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

| | |
|---|---|
| **CORR WIRELESS COMMUNICATIONS, L.L.C., CELLULAR SOUTH, INC., and CELLULAR SOUTH LICENSES, LLC** | **PLAINTIFFS** |
| V. | **CIVIL ACTION NO. 3:12CV036** |
| **AT&T, INC., AT&T MOBILITY LLC, MOTOROLA SOLUTIONS, INC., QUALCOMM INCORPORATED, and JOHN DOES 1-10** | **DEFENDANTS** |

**JOINT OPPOSITION TO MOTION FOR EXTENSION OF TIME**

Defendants hereby respond to Plaintiffs' Motion for Time to File Motion to Amend Complaint [ECF 102] as follows:

Defendants respectfully submit that Plaintiffs' request for extended time to prepare (or decide whether to prepare) a Second Amended Complaint and motion for leave to amend is not the efficient route forward.

Plaintiffs already amended their complaint once after seeing the Defendants' motions to dismiss. Before dismissing the Amended Complaint, moreover, the Court first gave Plaintiffs every opportunity to state a claim by taking into consideration not merely the allegations of that complaint, but also the many additional allegations *added* by Mr. Perry during six hours of oral argument in response to the Court's detailed questions—effectively, a Second Amended Complaint already. If Plaintiffs had any more facts, they would have used them. A desire to go out and see if they can now find anything else is simply not an appropriate basis to request delay of entry of judgment. Plaintiffs' only stated reason for an extension is the complexity of this case. But all the complex technical facts relevant to this case have been known to Plaintiffs for

1051977

well over three years, since they filed an FCC petition based on the very same facts and seeking the very same remedy. Plaintiffs cannot seriously contend that they expect to grasp or uncover additional, game-changing facts in the coming month.

Defendants—publicly traded companies that have already had to bear extensive negative press coverage from Plaintiff's unsupported claims—should be entitled to move forward promptly to a final resolution. Defendants respectfully suggest that the Court grant AT&T Inc.'s pending motion to dismiss for lack of personal jurisdiction (or in the alternative simply dismiss as to AT&T Inc. as well for failure to state a claim) and then enter final judgment in this matter as to all parties. If Plaintiffs wish to appeal this Court's thorough decision, entry of final judgment will permit them to do so promptly. Delaying entry of judgment so that Plaintiffs have more time to "consider[ ]" filing a motion for leave to file another Amended Complaint, as they request, is not the path towards a fair, prompt, and final resolution of this dispute.

Dated, this the 11th day of September, 2012.

                      QUALCOMM INCORPORATED, Defendant

                      By:   /s/L. F. Sams, Jr.
                           L. F. SAMS, JR. (MSB #6426)
                           OTIS R. TIMS (MSB #8221)
                           MARGARET SAMS GRATZ (MSB #99231)

OF COUNSEL

MITCHELL MCNUTT & SAMS, P.A
P. O. BOX 7120
TUPELO, MISSISSIPPI 38802-7120
TELEPHONE: (662) 842-3871
FACSIMILE: (662) 842-8450

ROGER G. BROOKS
YONATAN EVEN
CARRIE BIERMAN
CRAVATH, SWAINE & MOORE LLP
825 8TH AVENUE
NEW YORK, NEW YORK 10019
TELEPHONE: (212) 474-1072

-3-

                                AT&T, INC., and AT&T MOBILITY, INC., Defendants

                                By:   /s/David W. Upchurch (w/permission)
                                      DAVID W. UPCHURCH

OF COUNSEL

HOLLAND RAY UPHCURCH & HILLEN, PA
P. O. DRAWER 409
TUPELO, MS  38802-0409
TELEPONE:  (662) 842-1721


MICHAEL KELLOGG
AARON PANNER
KELLOGG HUBER HANSEN TODD EVANS & FIGER, PLLC
1615 M STREET, N.W.
SUITE 400
WASHINGTON, DC  20036
TELEPHONE:  (202) 326-7921

                              MOTOROLA SOLUTIONS, INC., and MOTOROLA MOBILITY, INC. (n/k/a MOTOROLA MOBILITY LLC), Defendants


                              By:   /s/Jim M. Greenlee (w/permission)
                                   JIM M. GREENLEE

OF COUNSEL

HOLCOMB DUNBAR WATTS BEST
MASTERS & GOLMAN
400 SOUTH LAMAR BLVD., SUITE A
OXFORD, MS  38655

JOHN S. GIBSON
CHAHIRA SOLH
CROWELL & MORING, LLP
3 PARK PLAZA, 20TH FLOOR
IRVINE, CA  92614-8505

1051977                                     -3-

**CERTIFICATE OF SERVICE**

I, L. F. Sams, Jr., one of the attorneys for Defendant, Qualcomm Incorporated, hereby certify that I have electronically filed the foregoing Joint Opposition to Motion for Extension of Time with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

*Attorneys for Plaintiffs*:

**Alan W. Perry**
**Daniel J. Mulholland**
**Water H. Boone**
Forman Perry Watkins Krutz & Tardy, LLP
City Centre, Suite 200
200 South Lamar Street
Jackson, MS  39201

**Charles L. McBride, Jr.**
**M. Patrick McDowell**
**Joseph A. Sclafani**
**Brian C. Kimball**
Brunini Grantham Grower & Hewes, PLLC
The Pinnacle Building, Suite 100
190 East Capitol Street
Jackson, MS  39201

**Walter T. Johnson**
Watkins & Eager, LLC
P. O. Box 650
Jackson, MS  39205

*Attorney for Defendants AT&T, Inc. and AT&T Mobility, LLC*

**Aaron M. Panner**
**Kenneth M. Fetterman**
**Michael K. Kellogg**
**William J. Rinner**
Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC
1615 M Street NW, Suite 400
Washington State, DC 20036

**David W. Upchurch**
Holland Ray Upchurch and Hillen
P. O. Drawer 409
Tupelo, MS  38802-0409

*Attorney for Defendant Motorola Solutions, Inc.*

**Chahira Solh**
**John S. Gibson**
Crowell & Moring, LLP
3 Park Plaza, 20th Floor
Irvine, CA  92614

**Jim Ming Greenlee**
**James D. Johnson**
Holcomb Dunbar – Oxford
Post Office Box 707
Oxford, MS 38655-0707

This the 11th  day of September, 2012.

                                           /s/ L. F. Sams, Jr.
                                           L. F. Sams, Jr.