**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

| | |
|---|---|
| **CORR WIRELESS COMMUNICATIONS, L.L.C. CELLULAR SOUTH, INC., and CELLULAR SOUTH LICENSES, LLC** | **PLAINTIFFS** |
| vs. | CIVIL ACTION NO. 3:12-cv-036-SA-SAA |
| **AT&T, INC., AT&T MOBILITY LLC, MOTOROLA SOLUTIONS, INC., MOTOROLA MOBILITY, INC., QUALCOMM INCORPORATED, and JOHN DOES 1-10** | **DEFENDANTS** |

**MOTOROLA'S RESPONSE IN OPPOSITION
TO PLAINTIFFS' MOTION TO AMEND COMPLAINT**

Defendants Motorola Solutions, Inc. and Motorola Mobility LLC (f/k/a Motorola Mobility, Inc.) (collectively, "Motorola") submit this Response in Opposition to Plaintiffs' Motion to Amend Complaint [Doc. No. 105], and request that the Motion be denied in its entirety. As explained in Motorola's Memorandum Brief in Support of Motorola's Response in Opposition, denial of Plaintiffs' Motion is warranted because further amendment of the complaint would be futile.

This Response in Opposition is based on the accompanying Memorandum Brief, the supporting Declaration of Chahira Solh ("Solh Declaration"), Defendant AT&T Mobility LLC's Response in Opposition and the Memorandum of Law submitted in support thereof, Defendant Qualcomm Incorporated's Response in Opposition and the Memorandum of Law submitted in support thereof, and all other documents submitted in support thereof, as incorporated by reference hereby; the pleadings, records, and papers already on file in this action and those filed herein, and such other matters and oral argument as may be presented at any hearing on Plaintiffs' Motion.

Motorola hereby requests that the Court take judicial notice of the documents described below and attached to the Solh Declaration, which is Exhibit 1 to this Rebuttal. Motorola makes this request pursuant to Rule 201. The document must be one "not subject to reasonable dispute" in that it is generally known or capable of determination by resort to an unimpeachable source. Fed. R. Evid. 201(b). Rule 201(d) provides that the court "shall take judicial notice if requested by a party," as long as the court is "supplied with the necessary information" to show that the matter is subject to judicial notice. Rule 201(f) provides that judicial notice may be taken at any stage of the proceedings.[1]

1. **Exhibit A:** 3GPP Working Procedures, Article 10.

2. **Exhibit B:** *3rd Generation Partnership Project; Technical Specification Group Radio Access Network; User Equipment (UE) radio transmission and reception (FDD) (Release 7).*

**WHEREFORE, PREMISES CONSIDERED,** Motorola requests that the Court deny Plaintiffs' Motion and enter a judgment dismissing Plaintiffs' Complaint with prejudice.

Dated: October 18, 2012                     Respectfully submitted,

*s/ Jim M. Greenlee*
Jim M. Greenlee, MSB # 5001
James D. "J.D." Johnson, MSB # 102242
HOLCOMB, DUNBAR, WATTS, BEST,
MASTERS & GOLMON
400 South Lamar Blvd., Suite A
P.O. Box 707
Oxford, Mississippi 38655
Telephone:    (662) 234-8775
Facsimile:    (662) 238-7552
jgreenlee@holcombdunbar.com
jdjohnson@holcombdunbar.com

---

[1] The subject documents are authenticated by the Solh Declaration, attached hereto as Exhibit 1.

John S. Gibson (admitted *pro hac vice*)
Chahira Solh (admitted *pro hac vice*)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California  92614-8505
Telephone:	(949) 263 8400
Facsimile:	(949) 263 8414
jgibson@crowell.com
csolh@crowell.com

Jason C. Murray (admitted *pro hac vice*)
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, California  90071
Telephone:	(213) 622-4750
Facsimile:	(213) 622-2690
jmurray@crowell.com

*COUNSEL FOR DEFENDANTS MOTOROLA MOBILITY LLC (f/k/a Motorola Mobility, Inc.) AND MOTOROLA SOLUTIONS, INC.*

## CERTIFICATE OF SERVICE

I, JIM M. GREENLEE, of the firm of HOLCOMB, DUNBAR, WATTS, BEST, MASTERS & GOLMON, do hereby certify, that on **October 18, 2012**, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

Alan Walter Perry
FORMAN, PERRY, WATKINS, KRUTZ & TARDY, PLLC
P.O. Box 22608
Jackson, MS 39225-2608
Email: aperry@fpwk.com

Martin Patrick McDowell
BRUNINI, GRANTHAM, GROWER & HEWES
P. O. Drawer 119
Jackson, MS 39205-0119
Email: pmcdowell@brunini.com

Brian Craig Kimball
BRUNINI, GRANTHAM, GROWER & HEWES
P. O. Drawer 119
Jackson, MS 39205-0119
Email: bkimball@brunini.com

Walter H. Boone
FORMAN, PERRY, WATKINS, KRUTZ & TARDY, PLLC
P.O. Box 22608
Jackson, MS 39225-2608
Email: whboone@fpwk.com

Charles Louis McBride , Jr.
BRUNINI, GRANTHAM, GROWER & HEWES
P. O. Drawer 119
Jackson, MS 39205-0119
Email: cmcbride@brunini.com

Walter T. Johnson
WATKINS & EAGER
P. O. Box 650
Jackson, MS 39205-0650
Email: wjohnson@watkinseager.com

Daniel J. Mulholland
FORMAN, PERRY, WATKINS, KRUTZ & TARDY, PLLC
P.O. Box 22608
Jackson, MS 39225-2608
Email: mulhollanddj@fpwk.com

David W. Upchurch
HOLLAND RAY UPCHURCH AND HILLEN
P.O. Drawer 409
Tupelo, MS 38802-0409
Email: dwu@hruhpa.com

Joseph Anthony Sclafani
BRUNINI, GRANTHAM,
P. O. Drawer 119
Jackson, MS 39205-0119
Email: jsclafani@brunini.com

Margaret Sams Gratz
MITCHELL, MCNUTT & SAMS - Tupelo
P. O. Box 7120
Tupelo, MS 38802-7120
Email: mgratz@mitchellmcnutt.com

Yonatan Even
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Email: yeven@cravath.com

Aaron M. Panner
KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL PLLC
1615 M Street NW, Suite 400
Washington State, DC 20036
Email: apanner@khhte.com

Michael K. Kellogg
KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL PLLC
1615 M Street NW, Suite 400
Washington State, DC 20036
Email: mkellogg@khhte.com

Katie L. Wallace
BRUNINI, GRANTHAM, GROWER &
HEWES
P. O. Drawer 119
Jackson, MS 39205-0119
Email: kwallace@brunini.com

L. F. Sams, Jr.
MITCHELL, MCNUTT & SAMS
P. O. Box 7120
Tupelo, MS 38802-7120
Email: ssams@mitchellmcnutt.com

Roger G. Brooks
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Email: rgbrooks@cravath.com

Otis R. Tims
MITCHELL, MCNUTT & SAMS
P. O. Box 7120
Tupelo, MS 38802-7120
Email: otims@mitchellmcnutt.com

Kenneth M. Fetterman
KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL PLLC
1615 M. Street NW, Suite 400
Washington State, DC 20036
Email: kfetterman@khhte.com

William J. Rinner
KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL PLLC
1615 M. Street NW, Suite 400
Washington, DC 20036
Email: wrinner@khhte.com

Carrie R. Bierman
CRAVATH SWAINE & MOORE, LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Email: cbierman@cravath.com

Dated this, the 18th day of October, 2012

*s/ Jim M. Greenlee*
JIM M. GREENLEE

IRACTIVE-5617670.3