# Exhibit C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| CORR WIRELESS COMMUNICATIONS, L.L.C., CELLULAR SOUTH, INC., and CELLULAR SOUTH LICENSES, LLC | PLAINTIFFS |
| V. | CIVIL ACTION NO. 3:12CV036 |
| AT&T, INC., AT&T MOBILITY LLC, MOTOROLA SOLUTIONS, INC., MOTOROLA MOBILITY, QUALCOMM INCORPORATED, and JOHN DOES 1-10 | DEFENDANTS |

DECLARATION OF L. F. SAMS, JR. IN SUPPORT OF DEFENDANT
QUALCOMM'S RESPONSE IN OPPOSITION TO PLAINTIFFS'
MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

I, L. F. SAMS, JR., hereby declare as follows:

1. I am a member of the bar of this Court and practice with the firm of Mitchell McNutt & Sams, P.A., which represents Defendant Qualcomm Incorporated ("Qualcomm") in the above-captioned action as co-counsel with Cravath, Swaine & Moore LLP. I submit this declaration in support of Qualcomm's Response in Opposition to Plaintiffs' Motion for Leave to File a Second Amended Complaint ("Response").

2. Attached to the Response as Exhibit A is a true and correct copy of the 3GPP Working Procedures (April 23, 2010), available at www.3gpp.org/ftp/Information/Working_Procedures/3GPP_WP.pdf.

3. Attached to the Response as Exhibit B is a true and correct copy of the "Comments of Qualcomm Incorporated" submitted to the FCC in *In the Matter of*

*Petition for Rulemaking Regarding 700 MHz Band Mobile Equipment Design and Procurement Practices*, Docket No. RM-11592 (March 31, 2010).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 18, 2012.

/s/ L.F. Sams, Jr.
L. F. Sams, Jr.