**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**CORR WIRELESS
COMMUNICATIONS, L.L.C.,
CELLULAR SOUTH, INC., and
CELLULAR SOUTH LICENSES, LLC**                      **PLAINTIFFS**

**VS.**                              **CIVIL ACTION NO. 3:12-cv-036-SA-SAA**

**AT&T, INC., AT&T MOBILITY LLC,
MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, INC.,
QUALCOMM INCORPORATED, and
JOHN DOES 1-10**                                      **DEFENDANTS**

**MOTION FOR ADDITIONAL TIME TO FILE REPLY
IN SUPPORT OF MOTION TO AMEND COMPLAINT
AND RESPONSE TO MOTION FOR JUDICIAL NOTICE**

Plaintiffs, Corr Wirless Communications, L.L.C., Cellular South, Inc., and Cellular South License, LLC (collectively, "Cellular South"), submit this Motion For Additional Time To File Reply In Support Of Motion To Amend Complaint And Response To Motion For Judicial Notice, and in support would show the following:

1. On October 1, 2012, Cellular South filed its Motion to Amend Complaint seeking permission to file the Second Amended and Supplemental Complaint, attached as an exhibit to that motion.

2. On October 18, 2012, all three Defendants filed responses to that motion, memorandum briefs in support of those responses, and voluminous other materials accompanied by affidavit or request for judicial notice. In all, Defendants' collective submissions exceeded 350 pages.

3. On October 19, 2012, Qualcomm filed its Request for Judicial Notice of Matters Relevant to Qualcomm's Response In Opposition To Plaintiffs' Motion for Leave to File a Second Amended Complaint seeking that the Court take judicial notice of certain attached documents. Cellular South's response to that motion will be due on November 5, 2012. For simplicity, Cellular South would like to respond to Qualcomm's Request at the same time as it files its Reply.

4. In addition, counsel for Cellular South has a number of brief, discovery, and mediation deadlines which require a brief extension of time to file its Reply.

5. Cellular South seeks a one week extension, or until November 5, 2012, to serve and file its Reply in Support of Cellular South's Motion to Amend Complaint. Cellular South's response to Qualcomm's Request for Judicial Notice will be due on that same date.

6. Cellular South has consulted with Defendants' counsel, and none of the Defendants have any objection to the proposed one week extension.

WHEREFORE, Cellular South seeks a one week extension, or until November 5, 2012, to file its Reply in Support of Cellular South's Motion to Amend Complaint.

October 23, 2012     Respectfully submitted,

s/ Walter H. Boone_____
Alan W. Perry, MSB #4127
Daniel J. Mulholland, MSB #3643
Walter H. Boone, MSB #8651
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
City Centre, Suite 200
200 South Lamar Street
Jackson, Mississippi 39201
Tel.: 601-969-7833
Fax: 601-960-8613
aperry@fpwk.com


        Charles L. McBride, Jr., MSB #8995
        M. Patrick McDowell, MSB # 9746
        Joseph A. Sclafani, MSB #99670
        Brian C. Kimball, MSB #100787
        Katie L. Wallace, MSB #101919
        BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
        The Pinnacle Building, Suite 100
        190 East Capitol Street
        Jackson, Mississippi 39201
        Tel.: 601-960-6891
        Fax: 601-960-6902
        cmcbride@brunini.com

        Walter T. Johnson, MSB#8712
        WATKINS & EAGER PLLC
        400 East Capitol Street, Suite 300 (39201)
        P. O. Box 650
        Jackson, MS 39205
        Phone: 601-965-1900
        Fax: 601- 965-1901
        wjohnson@watkinseager.com

        *Counsel for Plaintiffs Cellular South, Inc.,*
        *Corr Wireless Communications, L.L.C. and*
        *Cellular South Licenses, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2012, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

***Attorneys for Defendants AT&T Mobility LLC, and AT&T, Inc.***

David W. Upchurch
HOLLAND RAY UPCHURCH AND HILLEN
P.O. Drawer 409
Tupelo, MS 38802-0409
dwu@hruhpa.com

Michael K. Kellogg (PHV)
William J. Rinner (PHV)
Kenneth M. Fetterman (PHV)

3

Aaron M. Panner (PHV)
KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL P.L.L.C.
1615 M. Street NW, Suite 400
Washington, D.C. 20036
mkellogg@khhte.com
wrinner@khhte.com
kfetterman@khhte.com
apanner@khhte.com

### *Attorneys for Defendant Qualcomm Incorporated*

Sandy Sams
Margaret Sams Gratz
Otis R. Tims
MITCHELL MCNUTT & SAMS, P.A.
P.O. Box 7120
Tupelo, MS 38802
ssams@mitchellmcnutt.com
mgratz@mitchellmcnutt.com
otims@mitchellmcnutt.com

Yonatan Even (PHV)
Roger G. Brooks (PHV)
Carrie R. Bierman (PHV)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 8th Avenue
New York, New York 10019
yeven@cravath.com
rgbrooks@cravath.com
cbierman@cravath.com


### *Attorneys for Defendant Motorola Mobility, Inc.*

Jim M. Greenlee
James D. Johnson
HOLCOMB, DUNBAR, WATTS, BEST, MASTERS & GOLMON
400 S. Lamar, Ste. A
P.O. Drawer 707
Oxford, MS 38655
jgreenlee@holcombdunbar.com
jdjohnson@holcombdunbar.com

4

John S. Gibson (PHV)
Chahira Solh (PHV)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
jgibson@crowell.com
csolh@crowell.com

Jason C. Murray (PHV)
Crowell & Moring LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
jmurray@crowell.com

THIS, the 23rd day of October, 2012.

      /s/ Walter H. Boone_____