UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CORR WIRELESS
COMMUNICATIONS, L.L.C.,
CELLULAR SOUTH, INC., and
CELLULAR SOUTH LICENSES, LLC                                  PLAINTIFFS

v.                                              CIVIL ACTION NO. 3:12CV036- SA

AT&T, INC., AT&T MOBILITY LLC,
MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, INC.,
QUALCOMM INCORPORATED, and
JOHN DOES 1-10                                                 DEFENDANTS

ORDER ON MOTION

Pursuant to a Memorandum Opinion issued this day, Defendant AT&T Inc.'s Motion to Dismiss [61] is GRANTED. Accordingly, AT&T Inc. is dismissed as a party defendant.

SO ORDERED, this the 1st day of November, 2012.

                                                                        /s/ Sharion Aycock
                                                                        **U.S. DISTRICT JUDGE**