# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| CORR WIRELESS COMMUNICATIONS, L.L.C., CELLULAR SOUTH, INC., AND CELLULAR SOUTH LICENSES, LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AT&T, INC., AT&T MOBILITY LLC, MOTOROLA SOLUTIONS, INC., AND QUALCOMM INCORPORATED,<br><br>　　　　　Defendants. | No. 3:12-cv-036-SA-SAA |

## AGREED ORDER

On the joint o*re tenus* motion of the Plaintiffs and Defendants to establish a briefing schedule for dispositive motions to be filed by the Defendants in response to the Plaintiffs' Third Amended and Supplemental Complaint for Injunctive Relief and Damages (Doc 125), the Court hereby orders as follows:

　　1.　　The Defendants shall file their motions to dismiss and supporting memorandum briefs on or before February 27, 2013;

　　2.　　The Plaintiffs shall file their response(s) and supporting memorandum brief(s) on or before April 3, 2013; and

　　3.　　The Defendants shall file their rebuttals on or before April 24, 2013.

ORDERED this the 7th day of February, 2013.

　　　　　　　　　　　　　　　　　　　　/s/ Sharion Aycock　　　　　　
　　　　　　　　　　　　　　　　　　　**U.S. DISTRICT JUDGE**