**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**CORR WIRELESS**
**COMMUNICATIONS, L.L.C.,**
**CELLULAR SOUTH, INC., and**
**CELLULAR SOUTH LICENSES, LLC**                                     **PLAINTIFFS**

**V.**                                                      **CIVIL ACTION NO. 3:12-CV-036**

**AT&T, INC., AT&T MOBILITY LLC,**
**MOTOROLA SOLUTIONS, INC.,**
**QUALCOMM INCORPORATED, and**
**JOHN DOES 1-10**                                                   **DEFENDANTS**

**JOINT UNOPPOSED MOTION FOR BRIEFING SCHEDULE**
**FOR QUALCOMM'S REQUEST FOR JUDICIAL NOTICE**

Corr Wireless Communications, L.L.C., Cellular South, Inc., and Cellular South

Licenses, LLC ("Plaintiffs"), by and through undersigned counsel, and with the relief being

unopposed by Qualcomm Incorporated, hereby move that Qualcomm's Request for Judicial

Notice be placed on the same briefing schedule as the other pending motions.  In support of the

Joint Unopposed Motion, Plaintiffs state as follows:

1.      On February 27, 2013, Qualcomm filed a Request for Judicial Notice asking the

Court to take judicial notice of certain documents referenced in its Motion to Dismiss and

supporting brief.

2.      Previously, on February 7, 2013, the Court entered an Agreed Order setting a

briefing schedule for the filing of Defendants' Motions to Dismiss, Plaintiffs' responses, and

Defendants' replies.  That Agreed Order, however, only applied to motions to dismiss, and did

not apply to Qualcomm's Request for Judicial Notice.

3.      The parties have conferred and agree that Qualcomm's Request for Judicial Notice should be placed on the same briefing schedule so that the parties may address all issues at the same time.  The parties agree that Plaintiffs' response to such request should be filed on April 3, 2013, and Qualcomm's reply/rebuttal should be filed on April 24, 2013.

WHEREFORE, Plaintiffs and Defendants respectfully request that Qualcomm's Request for Judicial Notice be placed on the same briefing schedule as the other pending motions, that Plaintiffs response to said request shall be filed on April 3, 2013, and that Qualcomm's reply shall be filed on April 24, 2013.

Respectfully submitted, this the 5th day of March, 2013.

 /s/ Walter H. Boone_____
Walter H. Boone
*Counsel for Plaintiffs Cellular South, Inc.,*
*Corr Wireless Communications, L.L.C. and*
*Cellular South Licenses, LLC*


  /s/ Sandy Sams_____
L.F. Sams, Jr.
*Attorney for Defendant Qualcomm Incorporated*

OF COUNSEL:

Walter H. Boone, MSB# 8651
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
City Centre' Building, Suite 100
200 S. Lamar Street
Jackson, Mississippi 39201
Ph: 601-960-8600
Fx: 601-960-8613

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 5, 2013, I electronically filed the foregoing with the Clerk

of the Court using the ECF system which sent notification of such filing to the following:

***<u>Attorneys for Defendants AT&T Mobility LLC, and
AT&T, Inc.</u>***

David W. Upchurch
HOLLAND RAY UPCHURCH AND HILLEN
P.O. Drawer 409
Tupelo, MS 38802-0409
dwu@hruhpa.com

Michael K. Kellogg (PHV)
William J. Rinner (PHV)
Kenneth M. Fetterman (PHV)
Aaron M. Panner (PHV)
KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL P.L.L.C.
1615 M. Street NW, Suite 400
Washington, D.C. 20036
mkellogg@khhte.com
wrinner@khhte.com
kfetterman@khhte.com
apanner@khhte.com

***<u>Attorneys for Defendant Qualcomm Incorporated</u>***

Sandy Sams
Margaret Sams Gratz
Otis R. Tims
MITCHELL MCNUTT & SAMS, P.A.
P.O. Box 7120
Tupelo, MS 38802
ssams@mitchellmcnutt.com
mgratz@mitchellmcnutt.com
otims@mitchellmcnutt.com

Yonatan Even (PHV)
Roger G. Brooks (PHV)
Carrie R. Bierman (PHV)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 8th Avenue

New York, New York 10019
yeven@cravath.com
rgbrooks@cravath.com
cbierman@cravath.com

***Attorneys for Defendant Motorola Mobility, Inc.***

Jim M. Greenlee
James D. Johnson
HOLCOMB, DUNBAR, WATTS, BEST, MASTERS & GOLMON
400 S. Lamar, Ste. A
P.O. Drawer 707
Oxford, MS 38655
jgreenlee@holcombdunbar.com
jdjohnson@holcombdunbar.com

John S. Gibson (PHV)
Chahira Solh (PHV)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
jgibson@crowell.com
csolh@crowell.com

Jason C. Murray (PHV)
Crowell & Moring LLP
515 South Flower Street, 40th Floor
Los Angeles, CA  90071
jmurray@crowell.com

THIS, the 5th day of March, 2013.

 /s/ Walter H. Boone_____