# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| CORR WIRELESS COMMUNICATIONS, L.L.C., CELLULAR SOUTH, INC., AND CELLULAR SOUTH LICENSES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AT&T INC., AT&T MOBILITY LLC, MOTOROLA SOLUTIONS, INC., AND QUALCOMM INCORPORATED, <br><br> Defendants. | No. 3:12-cv-036-SA-SAA |

## DEFENDANT AT&T INC.'S OPPOSITION TO
## PLAINTIFFS' MOTION FOR JURISDICTIONAL DISCOVERY

Defendant AT&T Inc. respectfully submits this Opposition to Plaintiffs' Motion for Jurisdictional Discovery. Plaintiffs' motion should be denied for the reasons provided in the accompanying Memorandum, as well as in AT&T Inc.'s Motion to Dismiss the Third Amended and Supplemental Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(2) and Reply in Support of that Motion.

Accordingly, AT&T Inc. requests that the Court deny Plaintiffs' Motion for Jurisdictional Discovery in its entirety.

Dated:  April 24, 2013

Respectfully submitted,

AT&T, Inc.

/s/ *David W. Upchurch*
DAVID W. UPCHURCH, MSB #10558
HOLLAND, RAY, UPCHURCH & HILLEN, P.A.
P.O. DRAWER 409
TUPELO, MS 38802-0409
TELEPHONE: 662-842-1721
FACSMILE: 662-844-613
dwu@hruhpa.com


Michael Kellogg (admitted *pro hac vice*)
Aaron Panner (admitted *pro hac vice*)
William J. Rinner (admitted *pro hac vice*)
Kellogg, Huber, Hansen, Todd,
  Evans & Figel, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7921
mkellogg@khhte.com
apanner@khhte.com
wrinner@khhte.com

2

## **CERTIFICATE OF SERVICE**

      I, David W. Upchurch, hereby certify that I have this day filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following registered participants:

      Alan W. Perry, Esq., MSB #4127
      Daniel J. Mulholland, Esq., #3643
      Walter H. Boone, Esq., #8651
      Forman, Perry, Watkins, Krutz & Tardy, LLP
      200 S. Lamar Street, Suite 100
      Jackson, MS 39201-4099
      Tel: 601-969-7833
      Fax: 601-960-8613
      aperry@fpwk.com

      Charles L. McBride, Esq., MSB #8995
      M. Patrick McDowell, Esq., MSB #9746
      Joseph A. Sclafani, Esq., MSB #99670
      Brian C. Kimball, Esq., MSB #100787
      Brunini, Grantham, Grower & Hewes, PLLC
      190 E. Capitol Street, Suite 100
      Jackson, MS 39201-2151
      Tel: 601-960-6891
      Fax: 601-960-6902
      cmcbride@brunini.com

      Walter T. Johnson, Esq., MSB #8712
      Watkins & Eager PLLC
      400 East Capitol Street, Suite 300 (39201)
      P.O. Box 650
      Jackson, MS 39205
      Tel: 601-965-1900
      Fax: 601-965-1901
      wjohnson@watkineager.com

      *Counsel for Plaintiffs Cellular South, Inc.*
      *Corr Wireless Communications, L.L.C. and*
      *CellularSouth Licenses, LLC*

    L.F. Sams, Jr.
    Otis R. Tims
    Margaret Sams Gratz
    Mitchell, McNutt & Sams, P.A.
    P.O. Box 7120
    Tupelo, MS 38802-7120
    ssams@mitchellmcnutt.com
    otims@mitchellmcnutt.com

    Roger G. Brooks, Esq.
    Yonatan Even, Esq.
    Cravath, Swaine & Moore, LLP
    Worldwide Plaza
    825 Eighth Avenue
    New York, NY 10019

    *Counsel for Defendant Qualcomm Inc.*

    Jim M. Greenlee, Esq.
    Holcomb, Dunbar, Watts, Best, Masters & Golmon
    400 South Lamar Blvd., Suite A
    P.O. Drawer 707
    Oxford, MS 39655
    jgreenlee@holcombdunbar.com

    John S. Gibson, Esq.
    Chahira Solh, Esq.
    Crowell & Moring, LLP
    3 Park Plaza, 20th Floor
    Irvine, CA 92614-8505

    *Counsel for Defendant Motorola Solutions, Inc.*


DATED this the 24th day of April, 2013.

                                                      /s/ *David W. Upchurch*
                                                      DAVID W. UPCHURCH