**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

| | |
|---|---|
| **CORR WIRELESS COMMUNICATIONS, L.L.C., CELLULAR SOUTH, INC., and CELLULAR SOUTH LICENSES, LLC** | **PLAINTIFFS** |
| **V.** | **CIVIL ACTION NO. 3:12-CV-036** |
| **AT&T, INC., AT&T MOBILITY LLC, MOTOROLA SOLUTIONS, INC., QUALCOMM INCORPORATED, and JOHN DOES 1-10** | **DEFENDANTS** |

## UNOPPOSED MOTION FOR ADDITIONAL TIME FOR PLAINTIFFS TO FILE A REPLY

Corr Wireless Communications, L.L.C., Cellular South, Inc., and Cellular South Licenses, LLC ("Plaintiffs"), by and through undersigned counsel, and with the relief being unopposed by AT&T Inc., AT&T Mobility LLC, Motorola Solutions, Inc., and Qualcomm Incorporated ("Defendants"), hereby move the Court for additional time of one week, or until May 13, 2013, to file a reply to its Motion for Jurisdictional Discovery and its Motion to Exclude Matters Outside the Pleadings. In support of the Unopposed Motion, Plaintiffs state as follows:

1. On April 3, 2013, Plaintiffs filed its Motion for Jurisdictional Discovery and its Motion to Exclude Matters Outside the Pleadings, or for Other Relief.

2. On April 24, 2013, the Defendants filed their respective responses to said motions.

3. Plaintiffs' reply to its Motion for Jurisdictional Discovery and its Motion to Exclude Matters Outside the Pleadings is currently due on or before May 6, 2013.

4. The parties have conferred and have no objection to Plaintiffs extension of an additional week to file a reply to its Motion for Jurisdictional Discovery and its Motion to Exclude Matters Outside the Pleadings.

WHEREFORE, Plaintiffs respectfully request that the Court issue an order granting Plaintiffs additional time of one week, until May 13, 2013, to file a reply to its Motion for Jurisdictional Discovery and its Motion to Exclude Matters Outside the Pleadings.

Respectfully submitted, this the 26th day of April, 2013.

        */s/ Walter H. Boone*_____
Walter H. Boone
*Counsel for Plaintiffs Cellular South, Inc.,
Corr Wireless Communications, L.L.C. and
Cellular South Licenses, LLC*

        */s/ L.F. Sams, Jr. (w/ permission)*_____
L.F. Sams, Jr.
*Counsel for Defendant Qualcomm Incorporated*

        */s/ David W. Upchurch (w/ permission)*_____
David W. Upchurch
*Counsel for Defendants AT&T Inc., and
AT&T Mobility LLC*

        */s/ Jim M. Greenlee (w/ permission)*_____
Jim M. Greenlee
*Counsel for Motorola Solutions, Inc.*

OF COUNSEL:

Alan W. Perry, MSB#4127
Daniel J. Mulholland, MSB#3643
Walter H. Boone, MSB# 8651
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
City Centre' Building, Suite 100
200 S. Lamar Street
Jackson, Mississippi 39201
Ph: 601-960-8600
Fx: 601-960-8613
whboone@fpwk.com

Charles L. McBride, Jr., MSB #8995
M. Patrick McDowell, MSB # 9746
Joseph A. Sclafani, MSB #99670
Brian C. Kimball, MSB #100787
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
The Pinnacle Building, Suite 100
190 East Capitol Street
Jackson, Mississippi 39201
Tel.: 601-960-6891
Fax: 601-960-6902
cmcbride@brunini.com

Walter T. Johnson, MSB#8712
WATKINS & EAGER PLLC
400 East Capitol Street, Suite 300 (39201)
P. O. Box 650
Jackson, MS 39205
Phone: 601-965-1900
Fax: 601- 965-1901
wjohnson@watkinseager.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2013, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

***Attorneys for Defendants AT&T Mobility LLC, and AT&T Inc.***

David W. Upchurch
HOLLAND RAY UPCHURCH AND HILLEN
P.O. Drawer 409
Tupelo, MS 38802-0409
dwu@hruhpa.com

Michael K. Kellogg (PHV)
William J. Rinner (PHV)
Kenneth M. Fetterman (PHV)
Aaron M. Panner (PHV)
KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL P.L.L.C.
1615 M. Street NW, Suite 400
Washington, D.C. 20036
mkellogg@khhte.com
wrinner@khhte.com
kfetterman@khhte.com
apanner@khhte.com

***Attorneys for Defendant Qualcomm Incorporated***

L. F. Sams, Jr.
Margaret Sams Gratz
Otis R. Tims
MITCHELL MCNUTT & SAMS, P.A.
P.O. Box 7120
Tupelo, MS 38802
ssams@mitchellmcnutt.com
mgratz@mitchellmcnutt.com
otims@mitchellmcnutt.com

Yonatan Even (PHV)
Roger G. Brooks (PHV)
Carrie R. Bierman (PHV)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 8th Avenue

New York, New York 10019
yeven@cravath.com
rgbrooks@cravath.com
cbierman@cravath.com

***Attorneys for Defendant Motorola Mobility, Inc.
and Motorola Solutions, Inc.***

Jim M. Greenlee
James D. Johnson
HOLCOMB, DUNBAR, WATTS, BEST, MASTERS & GOLMON
400 S. Lamar, Ste. A
P.O. Drawer 707
Oxford, MS 38655
jgreenlee@holcombdunbar.com
jdjohnson@holcombdunbar.com

John S. Gibson (PHV)
Chahira Solh (PHV)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
jgibson@crowell.com
csolh@crowell.com

Jason C. Murray (PHV)
Crowell & Moring LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
jmurray@crowell.com


THIS, the 26th day of April, 2013.

                                                          /s/ Walter H. Boone_____