IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| CORR WIRELESS COMMUNICATIONS, L.L.C., CELLULAR SOUTH, INC., and CELLULAR SOUTH LICENSES, LLC | PLAINTIFFS |
| v. | CIVIL ACTION NO. 3:12CV036- SA |
| AT&T, INC., AT&T MOBILITY LLC, MOTOROLA SOLUTIONS, INC., MOTOROLA MOBILITY, INC., QUALCOMM INCORPORATED, and JOHN DOES 1-10 | DEFENDANTS |

ORDER ON MOTIONS

Plaintiffs have failed to bring new factual allegations of conspiracy in this Third Amended Complaint sufficient to constitute a plausible right to relief. Bell Atl. Corp. v. Twombly, 550 U.S. 544, 557, 127 S. Ct. 1955, 167 L. Ed. 2d 929 (2007).[1] In addition to the findings made in the attendant Memorandum Opinion, the Court adopts the findings made in its earlier Memorandum Opinion [100] dismissing Plaintiffs' First Amended Complaint. Accordingly, Defendants' Motions to Dismiss [130], [135], [136] are GRANTED and Plaintiffs' Third Amended Complaint is DISMISSED WITH PREJUDICE.

SO ORDERED, this the 10th day of September, 2013.

        /s/ Sharion Aycock
        **U.S. DISTRICT JUDGE**

---

[1] In making this finding, the Court also affirms the Magistrate Judge's ruling from which Qualcomm appealed [126], denies that same Defendant's request for judicial notice [132], and grants the Plaintiffs' Motion to Exclude Matters Outside the Pleadings [143].