**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

| | |
|---|---|
| **CORR WIRELESS COMMUNICATIONS, L.L.C., CELLULAR SOUTH, INC., and CELLULAR SOUTH LICENSES, LLC** | **PLAINTIFFS** |
| V. | **CIVIL ACTION NO. 3:12-CV-036** |
| **AT&T, INC., AT&T MOBILITY LLC, MOTOROLA SOLUTIONS, INC., QUALCOMM INCORPORATED, and JOHN DOES 1-10** | **DEFENDANTS** |

**UNOPPOSED MOTION FOR ADDITIONAL TIME
FOR PLAINTIFFS TO FILE A REPLY**

Corr Wireless Communications, L.L.C., Cellular South, Inc., and Cellular South Licenses, LLC ("Plaintiffs"), by and through undersigned counsel, and with the relief being unopposed by AT&T Inc., AT&T Mobility LLC, Motorola Solutions, Inc., and Qualcomm Incorporated ("Defendants"), hereby move the Court for permission to file one reply in support of its Motion to Alter or Amend on October 31, 2013. In support of the Unopposed Motion, Plaintiffs state as follows:

1. On October 2, 2013, Plaintiffs filed their Motion to Alter or Amend Order Pursuant to Rule 59(e).

2. On October 8, 2013, Qualcomm filed its Opposition to Plaintiffs' Motion to Alter or Amend. By rule, Plaintiffs would need to file a reply on or before Friday, October 18, 2013.

3. The remaining defendants have not yet responded to Plaintiffs' motion, and those responses are not due until October 21, 2013. Plaintiffs would be entitled to file separate replies to those responses.

4. Rather than submit multiple replies on different dates, the parties have conferred and have no objection to Plaintiffs' filing one reply in support of its Motion to Alter or Amend on October 31, 2013.

WHEREFORE, Plaintiffs respectfully request, and all parties have conferred and agree, that the Court issue an order permitting Plaintiffs to file one reply in support of its Motion to Alter or Amend on October 31, 2013.

Respectfully submitted, this the 15th day of October, 2013.

      /s/ Walter H. Boone
Walter H. Boone
*Counsel for Plaintiffs Cellular South, Inc.,*
*Corr Wireless Communications, L.L.C. and*
*Cellular South Licenses, LLC*

      /s/ L.F. Sams, Jr. (w/ permission)
L.F. Sams, Jr.
*Counsel for Defendant Qualcomm Incorporated*

      /s/ David W. Upchurch (w/ permission)
David W. Upchurch
*Counsel for Defendants AT&T Inc., and*
*AT&T Mobility LLC*

      /s/ Jim M. Greenlee (w/ permission)
Jim M. Greenlee
*Counsel for Motorola Solutions, Inc.*

OF COUNSEL:

Alan W. Perry, MSB#4127
Daniel J. Mulholland, MSB#3643
Walter H. Boone, MSB# 8651
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
City Centre' Building, Suite 100
200 S. Lamar Street
Jackson, Mississippi 39201
Ph: 601-960-8600
Fx: 601-960-8613
whboone@fpwk.com

Charles L. McBride, Jr., MSB #8995
M. Patrick McDowell, MSB # 9746
Joseph A. Sclafani, MSB #99670
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
The Pinnacle Building, Suite 100
190 East Capitol Street
Jackson, Mississippi 39201
Tel.: 601-960-6891
Fax: 601-960-6902
cmcbride@brunini.com

Walter T. Johnson, MSB#8712
WATKINS & EAGER PLLC
400 East Capitol Street, Suite 300 (39201)
P. O. Box 650
Jackson, MS 39205
Phone: 601-965-1900
Fax: 601- 965-1901
wjohnson@watkinseager.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2013, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

*Attorneys for Defendants AT&T Mobility LLC, and AT&T Inc.*

David W. Upchurch
HOLLAND RAY UPCHURCH AND HILLEN
P.O. Drawer 409
Tupelo, MS 38802-0409
dwu@hruhpa.com

Michael K. Kellogg (PHV)
William J. Rinner (PHV)
Kenneth M. Fetterman (PHV)
Aaron M. Panner (PHV)
KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL P.L.L.C.
1615 M. Street NW, Suite 400
Washington, D.C. 20036
mkellogg@khhte.com
wrinner@khhte.com
kfetterman@khhte.com
apanner@khhte.com


*Attorneys for Defendant Qualcomm Incorporated*

L. F. Sams, Jr.
Margaret Sams Gratz
Otis R. Tims
MITCHELL MCNUTT & SAMS, P.A.
P.O. Box 7120
Tupelo, MS 38802
ssams@mitchellmcnutt.com
mgratz@mitchellmcnutt.com
otims@mitchellmcnutt.com

Yonatan Even (PHV)
Roger G. Brooks (PHV)
Carrie R. Bierman (PHV)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 8th Avenue
New York, New York 10019
yeven@cravath.com
rgbrooks@cravath.com
cbierman@cravath.com

***Attorneys for Defendant Motorola Mobility, Inc.
and Motorola Solutions, Inc.***

Jim M. Greenlee
James D. Johnson
HOLCOMB, DUNBAR, WATTS, BEST, MASTERS & GOLMON
400 S. Lamar, Ste. A
P.O. Drawer 707
Oxford, MS 38655
jgreenlee@holcombdunbar.com
jdjohnson@holcombdunbar.com

John S. Gibson (PHV)
Chahira Solh (PHV)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
jgibson@crowell.com
csolh@crowell.com

Jason C. Murray (PHV)
Crowell & Moring LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
jmurray@crowell.com

THIS, the 15th day of October, 2013.

             /s/ Walter H. Boone_____