**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**CORR WIRELESS
COMMUNICATIONS, L.L.C.,
CELLULAR SOUTH, INC., and
CELLULAR SOUTH LICENSES, LLC**            **PLAINTIFFS**

**v.**            **CIVIL ACTION NO: 3:12CV036-SA-SAA**

**AT&T, INC., AT&T MOBILITY LLC,
MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, INC.,
QUALCOMM INCORPORATED, and
JOHN DOES 1-10**            **DEFENDANTS**

**NOTIFICATION OF INTENT NOT TO RESPOND OR OBJECT**

On October 2, 2013, Plaintiffs, Corr Wireless Communications, L.L.C., Cellular South, Inc., and Cellular South Licenses, LLC (collectively "Cellular South") filed their Motion to Alter or Amend Order Pursuant to F.R.C.P. 59(e) [ Dkt. 173] ("Motion to Alter"). On October 31, 2013, Cellular South filed a Motion to Withdraw the Motion to Alter [Dkt. 178] ("Motion to Withdraw").

Defendants Motorola Solutions, Inc. and Motorola Mobility LLC (f/k/a Motorola Mobility, Inc.) (collectively, "Motorola") hereby notify the Court that they do not oppose Cellular South's Motion to Withdraw. Motorola reserves its right, however, to seek sanctions and recovery of costs and attorneys' fees incurred in responding to Cellular South's meritless Motion to Alter.

Respectfully submitted, this the 18th day of November, 2013.

           *s/ Jim M. Greenlee*
           Jim M. Greenlee, MSB # 5001
           HOLCOMB, DUNBAR, WATTS, BEST,
           MASTERS & GOLMON
           400 South Lamar Blvd., Suite A
           P.O. Drawer 707

IRACTIVE-6079590.2

Oxford, Mississippi 38655
Telephone: (662) 234-8775
Facsimile: (662) 238-7552
greenlee@holcombdunbar.com

John S. Gibson (admitted pro hac vice)
Chahira Solh (admitted pro hac vice)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614-8505
Telephone: (949) 263 8400
Facsimile: (949) 263 8414
jgibson@crowell.com
csolh@crowell.com

Jason C. Murray (admitted pro hac vice)
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, California 90071
Telephone: (213) 622-4750
Facsimile: (213) 622-2690
jmurray@crowell.com
COUNSEL FOR DEFENDANTS
MOTOROLA MOBILITY LLC (f/k/a
Motorola Mobility, Inc.) AND
MOTOROLA SOLUTIONS, INC.

CERTIFICATE OF SERVICE

I, JIM M. GREENLEE, of the firm of HOLCOMB, DUNBAR, WATTS, BEST, MASTERS & GOLMON, do hereby certify, that on November 18, 2013, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

Alan Walter Perry
FORMAN, PERRY, WATKINS, KRUTZ & TARDY, PLLC
P.O. Box 22608
Jackson, MS 39225-2608
Email: aperry@fpwk.com

Martin Patrick McDowell
BRUNINI, GRANTHAM, GROWER & HEWES
P. O. Drawer 119
Jackson, MS 39205-0119
Email: pmcdowell@brunini.com

Brian Craig Kimball
BRUNINI, GRANTHAM, GROWER & HEWES
P. O. Drawer 119
Jackson, MS 39205-0119
Email: bkimball@brunini.com

Daniel J. Mulholland
FORMAN, PERRY, WATKINS, KRUTZ & TARDY, PLLC
P.O. Box 22608
Jackson, MS 39225-2608
Email: mulhollanddj@fpwk.com

David W. Upchurch
HOLLAND RAY UPCHURCH AND HILLEN
P.O. Drawer 409
Tupelo, MS 38802-0409
Email: dwu@hruhpa.com

Joseph Anthony Sclafani
BRUNINI, GRANTHAM,
P. O. Drawer 119
Jackson, MS 39205-0119
Email: jsclafani@brunini.com

Walter H. Boone
FORMAN, PERRY, WATKINS, KRUTZ & TARDY, PLLC
P.O. Box 22608
Jackson, MS 39225-2608
Email: whboone@fpwk.com

Charles Louis McBride , Jr.
BRUNINI, GRANTHAM, GROWER & HEWES
P. O. Drawer 119
Jackson, MS 39205-0119
Email: cmcbride@brunini.com

Walter T. Johnson
WATKINS & EAGER
P. O. Box 650
Jackson, MS 39205-0650
Email: wjohnson@watkinseager.com

L. F. Sams, Jr.
MITCHELL, MCNUTT & SAMS
P. O. Box 7120
Tupelo, MS 38802-7120
Email: ssams@mitchellmcnutt.com

Margaret Sams Gratz
MITCHELL, MCNUTT & SAMS - Tupelo
P. O. Box 7120
Tupelo, MS 38802-7120
Email: mgratz@mitchellmcnutt.com

Roger G. Brooks
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Email: rgbrooks@cravath.com

| | |
|---|---|
| Yonatan Even<br>CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>Email: yeven@cravath.com | Otis R. Tims<br>MITCHELL, MCNUTT & SAMS<br>P. O. Box 7120<br>Tupelo, MS 38802-7120<br>Email: otims@mitchellmcnutt.com |
| Aaron M. Panner<br>KELLOGG, HUBER, HANSEN, TODD,<br>EVANS & FIGEL PLLC<br>1615 M Street NW, Suite 400<br>Washington State, DC 20036<br>Email: apanner@khhte.com | William J. Rinner<br>KELLOGG, HUBER, HANSEN, TODD,<br>EVANS & FIGEL PLLC<br>1615 M. Street NW, Suite 400<br>Washington, DC 20036<br>Email: wrinner@khhte.com |
| Kenneth M. Fetterman<br>KELLOGG, HUBER, HANSEN, TODD,<br>EVANS & FIGEL PLLC<br>1615 M. Street NW, Suite 400<br>Washington State, DC 20036<br>Email: kfetterman@khhte.com | Katie L. Wallace<br>BRUNINI, GRANTHAM, GROWER &<br>HEWES<br>P. O. Drawer 119<br>Jackson, MS 39205-0119<br>Email: kwallace@brunini.com |
| Michael K. Kellogg<br>KELLOGG, HUBER, HANSEN, TODD,<br>EVANS & FIGEL PLLC<br>1615 M Street NW, Suite 400<br>Washington State, DC 20036<br>Email: mkellogg@khhte.com | Carrie R. Bierman<br>CRAVATH SWAINE & MOORE, LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>Email: cbierman@cravath.com |

THIS, the 18th day of November, 2013

s/ Jim M. Greenlee