# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| CORR WIRELESS COMMUNICATIONS, L.L.C., CELLULAR SOUTH, INC., AND CELLULAR SOUTH LICENSES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AT&T INC., AT&T MOBILITY LLC, MOTOROLA SOLUTIONS, INC., AND QUALCOMM INCORPORATED, <br><br> Defendants. | No. 3:12-cv-036-SA-SAA |

**AT&T INC.'S, AT&T MOBILITY LLC'S, AND QUALCOMM INCORPORATED'S JOINT RESPONSE TO PLAINTIFFS' MOTION TO WITHDRAW THEIR MOTION TO ALTER OR AMEND ORDER PURSUANT TO F.R.C.P. 59(e)**

AT&T Inc., AT&T Mobility LLC (together, "AT&T") and Qualcomm Incorporated ("Qualcomm") do not oppose Plaintiffs' request to withdraw their motion to alter or amend order pursuant to Rule 59(e).

Counsel for Plaintiffs has represented to counsel for AT&T that Plaintiffs do not intend to pursue an appeal of the judgment of dismissal. AT&T and Qualcomm rely on Plaintiffs' representation.

| | |
|---|---|
| Dated: November 18, 2013 | Respectfully submitted, |
| Qualcomm Incorporated | AT&T Inc. and AT&T Mobility LLC |
| /s/ *L.F. Sams, Jr.* | /s/ *David W. Upchurch* |
| L. F. Sams, Jr. (MSB #6426)<br>Otis R. Tims (MSB #8221)<br>Margaret Sams Gratz (MSB #99231)<br>MITCHELL MCNUTT & SAMS, P.A.<br>P.O. Box 7120<br>Tupelo, MS 38802<br>(662) 842-3871<br>ssams@mitchellmcnutt.com<br>otims@mitchellmcnutt.com<br>mgratz@mitchellmcnutt.com | DAVID W. UPCHURCH, MSB #10558<br>HOLLAND, RAY, UPCHURCH &<br>HILLEN, P.A.<br>P.O. DRAWER 409<br>TUPELO, MS 38802-0409<br>TELEPHONE: 662-842-1721<br>FACSMILE: 662-844-613<br>dwu@hruhpa.com |
| Roger G. Brooks (Admitted *Pro Hac Vice*)<br>Yonatan Even (Admitted *Pro Hac Vice*)<br>CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>(212) 474-1000<br>rgbrooks@cravath.com<br>yeven@cravath.com | Michael K. Kellogg (Admitted *Pro Hac Vice*)<br>Aaron M. Panner (Admitted *Pro Hac Vice*)<br>William J. Rinner (Admitted *Pro Hac Vice*)<br>Kellogg, Huber, Hansen, Todd,<br>  Evans & Figel, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036<br>Telephone: (202) 326-7921<br>mkellogg@khhte.com<br>apanner@khhte.com<br>wrinner@khhte.com |
| *Attorneys for Defendant Qualcomm Incorporated* | *Attorneys for Defendants AT&T Inc. and AT&T Mobility LLC* |

**CERTIFICATE OF SERVICE**

    I, David W. Upchurch, hereby certify that I have this day filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following registered participants:

    Alan W. Perry, Esq., MSB #4127
    Daniel J. Mulholland, Esq., #3643
    Walter H. Boone, Esq., #8651
    Forman, Perry, Watkins, Krutz & Tardy, LLP
    200 S. Lamar Street, Suite 100
    Jackson, MS 39201-4099
    Tel: 601-969-7833
    Fax: 601-960-8613
    aperry@fpwk.com

    Charles L. McBride, Esq., MSB #8995
    M. Patrick McDowell, Esq., MSB #9746
    Joseph A. Sclafani, Esq., MSB #99670
    Brian C. Kimball, Esq., MSB #100787
    Brunini, Grantham, Grower & Hewes, PLLC
    190 E. Capitol Street, Suite 100
    Jackson, MS 39201-2151
    Tel: 601-960-6891
    Fax: 601-960-6902
    cmcbride@brunini.com

    Walter T. Johnson, Esq., MSB #8712
    Watkins & Eager PLLC
    400 East Capitol Street, Suite 300 (39201)
    P.O. Box 650
    Jackson, MS 39205
    Tel: 601-965-1900
    Fax: 601-965-1901
    wjohnson@watkineager.com

    *Counsel for Plaintiffs Cellular South, Inc.*
    *Corr Wireless Communications, L.L.C. and*
    *CellularSouth Licenses, LLC*

    L.F. Sams, Jr.
    Otis R. Tims
    Margaret Sams Gratz
    Mitchell, McNutt & Sams, P.A.
    P.O. Box 7120
    Tupelo, MS 38802-7120
    ssams@mitchellmcnutt.com
    otims@mitchellmcnutt.com

    Roger G. Brooks, Esq.
    Yonatan Even, Esq.
    Cravath, Swaine & Moore, LLP
    Worldwide Plaza
    825 Eighth Avenue
    New York, NY 10019

    *Counsel for Defendant Qualcomm Inc.*

    Jim M. Greenlee, Esq.
    Holcomb, Dunbar, Watts, Best, Masters & Golmon
    400 South Lamar Blvd., Suite A
    P.O. Drawer 707
    Oxford, MS 39655
    jgreenlee@holcombdunbar.com

    John S. Gibson, Esq.
    Chahira Solh, Esq.
    Crowell & Moring, LLP
    3 Park Plaza, 20th Floor
    Irvine, CA 92614-8505

    *Counsel for Defendant Motorola Solutions, Inc.*

DATED this the 18th day of November, 2013.

                                                       /s/ *David W. Upchurch*
                                                       DAVID W. UPCHURCH