UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CORR WIRELESS
COMMUNICATIONS, L.L.C.,
CELLULAR SOUTH, INC., and
CELLULAR SOUTH LICENSES, LLC            PLAINTIFFS

v.                                      CIVIL ACTION NO. 3:12CV036- SA

AT&T, INC., AT&T MOBILITY LLC,
MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, INC.,
QUALCOMM INCORPORATED, and
JOHN DOES 1-10                          DEFENDANTS

ORDER ON MOTION TO WITHDRAW

Plaintiff Cellular South seeks to withdraw its Motion to Alter Judgment [173] filed on October 2, 2013. No parties oppose this motion. Therefore, the Motion to Withdraw [178] is GRANTED, and Plaintiff's Motion to Alter Judgment [173] is TERMINATED. This case is CLOSED.

SO ORDERED, this the 4th day of December, 2013.

/s/ Sharion Aycock
**U.S. DISTRICT JUDGE**